# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

United States of America

                        Plaintiff,

v.                                              Case No.: 1:10–cv–02946

                                                     Honorable Virginia M. Kendall

Cook County, Illinois, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 3, 2010:

      MINUTE entry before Honorable Virginia M. Kendall: Motion hearing held. Defendant Dart's motion for entry of a prisoner release order [14] is granted in part as outlined in open court.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.