IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 10 C 2946 |
| COOK COUNTY, ILLINOIS; | Judge Richard Posner |
| THOMAS DART, COOK COUNTY SHERIFF (in his official capacity); | Judge Virginia Kendall |
| TODD H. STROGER, COOK COUNTY BOARD PRESIDENT (in his official capacity); | Judge Sharon Johnson Coleman |
| COOK COUNTY BOARD OF COMMISSIONERS (in this official capacity), | |
| Defendants. | |

## NOTICE OF FILING

To:   All Counsel of Record
      (See Attached Service List)

  PLEASE TAKE NOTICE that on September 24, 2010, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division: **Monitor Susan W. McCampbell's First Compliance Report.**

  Thomas J. Dart, Sheriff of Cook County

By:   s/Daniel F. Gallagher
      Daniel F. Gallagher
      Querrey & Harrow, Ltd.
      175 West Jackson Blvd., Suite 1600
      Chicago, IL  60604-2827
      (312) 540-7000
      I.D. #0905305

## PROOF OF SERVICE

  I, Daniel F. Gallagher, after first being duly sworn on oath, depose and state that I served this Notice of Filing together with the documents herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on September 24, 2010.

              s/Daniel F. Gallagher

# SERVICE LIST

*USA v. Cook County, et al.*
**Case No: 10 C 2946**
**Judge Virignia Kendall**

Patrick Johnson
Assistant United States Attorney
United States Attorney's Office
Northern District of Illinois
219 South Dearborn Street
Suite 500
Chicago, IL 60604

Kerry Krentler Dean
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave. NW, PHB-5026
Washington, D.C. 20530

Corey M. Sanders
United States Department of Justice
601 D. Street, NW
Washington, D.C. 20004
*Attorneys for Plaintiff*

Patrick T. Driscoll, Esq.
Donald J. Pechous, Esq.
Colleen B. Cavanaugh, Esq.
Office of the State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
312/603-5450
312/603-5735 – facsimile
*Attorneys for Cook County, Todd H. Stroger, Cook County Board President, and Cook County Board of Commissioners*

*Document #: 1522034*