52012-DFG/POG

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COOK COUNTY, ILLINOIS;<br>THOMAS DART, COOK COUNTY<br>SHERIFF (in his official capacity);<br>TODD H. STROGER, COOK COUNTY<br>BOARD PRESIDENT (in his official capacity);<br>COOK COUNTY BOARD OF<br>COMMISSIONERS (in their official capacity),<br><br>Defendants. | No. 10 C 2946 |

**DEFENDANT, THOMAS J. DART, COOK COUNTY SHERIFF'S
MOTION FOR LEAVE TO FILE EXHIBIT M UNDER SEAL**

Now Comes the Defendant, Thomas Dart, Cook County Sheriff (in his official capacity), by and through Querrey & Harrow, Ltd., and pursuant to Local Rule 26.2 of the United States District Court for the Northern District, respectfully moves the Court to permit a limited filing of Exhibit M to the Response to Monitors' Reports by Thomas Dart, Cook County Sheriff (In His Official Capacity).  In support thereof, states as follows:

    1.    That the items contained in Exhibit M should be restricted due to the fact that they are Post Orders for the Cook County Jail and their publication and

dissemination to the general public might or could create a problem with security at the jail.

2.      Under the circumstances, the Sheriff respectfully requests that Exhibit M be filed as a sealed document and restricted to distribution to the Corrections Monitor and to the Judge presiding over this case.

WHEREFORE, Defendant, Thomas J. Dart, Sheriff of Cook County, moves the Court to enter an order directing that Exhibit M be filed as a restricted and sealed document.

                Respectfully Submitted,

By:  s/Daniel F. Gallagher
       Daniel F. Gallagher, One of the Attorneys for
       Thomas J. Dart, Sheriff of Cook County

Daniel F. Gallagher
Paul O'Grady
QUERREY & HARROW, LTD.
175 West Jackson Blvd.
Suite 1600
Chicago, Illinois 60604-2827
312/540-7000

Document #: 1538611

2