# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

United States of America

                    Plaintiff,

v.

                                              Case No.: 1:10–cv–02946
                                                Honorable Virginia M. Kendall

Cook County, Illinois, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 2, 2011:

      MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 5/2/2011. Defendant Dart's motion [77] to enter single cumulative release order is taken under advisement. Defendant Dart's motion to retain Hardyman [75], parties to submit an agreed proposed order. Status hearing set for 11/4/2011 at 10:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.