# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2946 | **DATE** | 6/13/2011 |
| **CASE TITLE** | United States of America vs. Cook County et al | | |

**DOCKET ENTRY TEXT**

Enter agreed order to retain Patricia Hardyman, Ph.D.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA