IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>COOK COUNTY, ILLINOIS;<br>THOMAS DART, COOK COUNTY<br>SHERIFF (in his official capacity);<br>TONI PRECKWINKLE, COOK COUNTY<br>BOARD PRESIDENT (in her official capacity);<br>COOK COUNTY BOARD OF<br>COMMISSIONERS (in their official capacity),<br>        Defendants. | No. 10 C 2946<br><br>Judge Virginia Kendall |

## AGREED ORDER

This matter coming before the Court on motion of the Sheriff of Cook County for authority to retain Patricia Hardyman, Ph.D. as a classification consultant, and the Court being advised, IT IS HEREBY ORDERED:

By agreement of the parties, the Sheriff of Cook County is authorized to retain Patricia Hardyman, Ph.D. of the Criminal Justice Institute, Inc. in Middletown, Connecticut to consult with and aid the Sheriff in the tasks required to create a classification system which will be compliant with the Agreed Order entered on May 26, 2010.

ENTERED on this ___13th___ day of ___June___, 2011.

ENTER: _____
Judge Virginia Kendall