**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

United States of America
                        Plaintiff,

v.                                            Case No.: 1:10–cv–02946
                                                      Honorable Virginia M. Kendall

Cook County, Illinois, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 19, 2011:

       MINUTE entry before Honorable Virginia M. Kendall: MOTION by Defendant Thomas Dart for the Approval of Appointment of Retired Judges to Implement the Prisoner Release Order[86] is granted. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.