**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division**

United States of America

                              Plaintiff,

v.                                                    Case No.: 1:10–cv–02946
                                                      Honorable Virginia M. Kendall

Cook County, Illinois, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 25, 2013:

      MINUTE entry before Honorable Virginia M. Kendall:As set forth during the conference held on February 22, 2013, the parties are directed to submit position papers to the Court by March 1, 2013 regarding whether 725 ILCS 5/110 or any other Illinois statute prohibits Illinois state court judges from ordering electronic monitoring as a condition of release from pre−trial detention without also ordering the pre−trial detainee to pay a monetary bond. The parties are also directed to ensure that representatives for the judges for the Circuit Court of Cook County receive notice of this order so that they may submit a position paper if they so choose. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.