# UNITED STATES DISTRICT COURT
# NORTHINER DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 10 cv 2946 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| COOK COUNTY, ILLINOIS; | ) | |
| THOMAS DART, COOK COUNTY | ) | |
| SHERIFF (in his official capacity); | ) | |
| TONI PRECKWINKLE, COOK COUNTY | ) | |
| BOARD PRESIDENT (in her official capacity); | ) | |
| COOK COUNTY BOARD OF | ) | |
| COMMISSIONERS (in their official capacity), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: All Counsel of Record

YOUR ARE HEREBY NOTIFIED that on **July 29, 2013 at 9:00 a.m.,** we shall appear before the Honorable Judge Virginia Kendall or any judge sitting in her stead, in Room 2319 or the courtroom usually occupied by her in the U.S. District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois and shall then and there move the Court in accordance with the attached: **Motion to Strike The Monitor's Report of Dr. Shansky.**

                                              Respectfully submitted,

                                              Thomas J. Dart, Sheriff of Cook County

                        By:       s/ Paul O'Grady

Paul O'Grady
Peterson, Johnson & Murray - Chicago LLC
233 S. Wacker Drive – Floor 84
Chicago, Illinois 60606
(312) 782-7150
pogrady@pjmlaw.com

**PROOF OF SERVICE**

   I, Paul O'Grady, after first being duly sworn on oath, depose and state that I served this Notice of Motion together with the documents herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on July 22, 2013.

                       s/Paul O'Grady

{X}  Under penalties as provided by law
    pursuant to Ill. Rev. Stat. ch 110, Sect. 1-109,
    I certify that the statements set forth herein
    are true and correct