UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

COOK COUNTY, ILLINOIS;
THOMAS DART, COOK COUNTY
SHERIFF (in his official capacity);
TONI PRECKWINKLE, COOK COUNTY
BOARD PRESIDENT (in her official capacity);
COOK COUNTY BOARD OF
COMMISSIONERS (in their official capacity),

        Defendants,

No. 10 C 2946

Judge Virginia Kendall

# Monitor Harry E. Grenawitzke's Report No. 9
# November 13, 2014

Harry E. Grenawitzke, RS, MPH, DAAS
Grenawitzke & Associates, LLC
50 Sheridan Drive
Monroe, MI  48162
E-mail: harry.grenawitzke@gmail.com

# Executive Summary

## September 29-October 3, 2014

The ninth tour of CCDOC focused primarily on touring divisions and limited meeting with staff. The purpose was to observe compliance with established policies for Cook County Department of Corrections (CCDOC), Department of Facilities Management (DFM), and Cermak Medical and Mental Health Facilities (Cermak). There were very limited meetings with staff. As part of the tours I interviewed inmates in all divisions visited, correction staff, supervisors, division superintendents, Support Services staff, maintenance personnel, and leadership and staff of Cermak. The results of the tours and responses from conversations provide the information included in this report. The purpose of this tour was to assess ongoing progress made by CCDOC, DFM, and Cermak to comply with the consent agreement between the US Department of Justice Civil Rights Division and Cook County.

First and foremost I want to extend my appreciation to all the leadership and staff of DFM, CCDOC, and Cermak for their hospitality and generosity with their time and support. The cooperation and willingness of Bilqis Jacob-El of DFM, Cara Smith of CCDOC, Dr. John Raba, and Peter Daniels of Cermak to share their ideas and suggestions for improvement are clearly recognized. I also want to commend Sheriff Thomas Dart for his leadership, his commitment to continually improve the conditions of confinement at CCDOC and his dedication to his staff and that of DFM and Cermak. His leadership as demonstrated by the many initiatives has clearly changed the perceptions of CCDOC. He continues to earn my respect and that of his leadership team.

As a result of this tour the remaining 37 of the 39 provisions remained in substantial compliance. As with the last tour the same two provisions (highlighted in the body of the report by white shading) remain in "partial compliance." They are G.83b and G.83i. That said, seven more of the provisions in compliance have now demonstrated 18 months of "substantial compliance." They include: F.76,

G.83g, G.83h, G83j, G.85b, G.85c, and G.85e. All of the 39 provisions are at least partially compliant.

Significant progress and improvements highlighted in the report include:

1. Reduced number of inmates as of this tour down to less than 9000.

2. The relocation of inmates needing to be in medical tiers moved to the new Division VIII;

3. The opening of the Cermak Dispensary in Division VIII;

4. Continued improvement in sanitation in most of the divisions;

5. The closing of Division IV and V with the female inmates moved to Division III;

6. Ongoing progress in the DFM building initiative program within Division VI;

7. Continued significant reduction in the maintenance backlog for plumbing and electrical work orders;

8. The replacement of all windows in Division XVII that significantly improved the amount of natural light for the housing dormitories.

9. Creation of a interagency task group to resolve the sanitation and organizational responsibilities within Cermak;

10. CCDOC being in a position to review and revise General Orders to demonstrate continual improvement as it relates to fire and life safety and environmental health provisions;

11. Marked improvement with inmate use of the central laundry for personal clothing.

Recognizing the progress identified above, there are also some issues that remain or have not demonstrated improvement or in some cases have regressed

and now require management attention from interagency management and/or respective organization before the next tour. Among these are:

1. Development and implementation of a permanent solution to the cleanliness and lack of organization with assigned responsibility and accountability within all Cermak facilities and dispensaries.

2. Implementation of the new policy to assure that inmates in all divisions have ready access to hygiene items. The piloting of this policy needs to be extended to all facilities.

3. Assuring that all division superintendents, commanders and supervisors recognize their health, safety and security along with the inmates to which they are assigned to protect to assure that housing units are maintained clean, free of excess food, elimination of inmate ropes, fire hazards, and in good repair.

4. Cermak needs to assure there are enough hospital beds for inmate patients and eliminate the need for "boats". As identified in the previous report, assure that as specified in the American Correction Association Performance Based Standards states that Multiple – occupancy rooms/cells that house between two and 64 occupants provide at least 35 square feet of unencumbered space where confinement exceeds ten hours per day.

5. As identified in report VIII, CCDOC and Capital Planning need to resolve to provide a joint recommendation to the Board of Commissioner to replace housing facilities for which the cost and inability to safely house inmates are scheduled for replacement. Several of the divisions currently housing inmates are outdated and extremely costly to maintain. Planning needs to begin now to construct at least one new facility to replace one or more that are beyond their life expectancy.

6. DFM needs to continue and expand the building initiative started in each of the housing units to improve plumbing issues and paint walls and floors, make major renovations to showers and common areas.

As always I remain available to assist in helping staff understand the need for and review ideas to solve them.

Sincerely,

*Harry F. Grenawitzke*, RS, MPH, DAAS
Monitor for Fire, Life Safety and Environmental Health

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| **C.** | **Medical Care** | | | |
| **C. 53** | **Treatment and Management of Communicable Disease** | | | |
| C. 53e | Cermak shall ensure that the negative pressure and ventilation systems function properly. Following CDC guidelines, Cermak shall test daily for rooms in-use and monthly for rooms not currently in-use. Cermak shall document results of such testing. | 3/11<br>8/11<br>12/11<br>2/13<br>9/13<br>3/14<br>10/14 | 9/10<br>7/12 | |
| C. 53f | Cermak shall notify DFM, in a timely manner, of routine and emergency maintenance needs, including plumbing, lighting and ventilation problems. | 7/12<br>2/13<br>9/13<br>3/14<br>10/14 | 3/11<br>8/11<br>12/11 | 9/10 |
| **F.** | **Fire and Life Safety** | | | |
| F. 71 | CCDOC and DFM shall work together to develop and implement a fire safety program and ensure compliance is appropriately documented. The initial Fire Safety Plan shall be approved by the fire prevention authority having jurisdiction. The Fire Safety Plan shall be reviewed thereafter by the appropriate fire prevention authority at least every two years, or within six months of any revisions to the plan, whichever is sooner. Fire safety and emergency procedures shall be standardized across divisions, to the extent possible given differences in physical plant and security | 12/11<br>7/12<br>2/13<br>9/13<br>3/14 | 9/10<br>3/11<br>8/11 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---|---|---|---|---|
| | levels. | 10/14 | | |
| F. 72 | CCDOC shall develop and implement an evacuation plan for inmates and staff and ensure that comprehensive fire drills are conducted every three months on each shift. CCDOC shall document these drills, including start and stop times and the number and location of inmates who were moved as part of the drills. | 12/11 7/12 2/13 9/13 3/14 10/14 | Not Assessed 9/10 3/11 8/11 | |
| F. 73 | DFM shall ensure that the Facility has adequate fire and life safety equipment, including installation and maintenance of fire alarms and smoke detectors in all housing areas according to applicable fire codes. Maintenance and storage areas shall be equipped with sprinklers or fire resistant enclosures in accordance with City of Chicago Fire Code (13-76-010). | 7/12 2/13 9/13 3/14 10/14 | 9/10 3/11 8/11 12/11 | |
| F. 74 | DFM shall ensure that all fire and life safety equipment is properly maintained and routinely inspected. DFM shall develop and implement a program related to the testing, maintenance and inspection of the Life Safety Equipment. | 3/11 8/11 12/11 7/12 2/13 9/13 3/14 10/14 | 9/10 | |
| F. 75 | CCDOC shall continue to ensure that emergency keys are appropriately marked and identifiable by touch and consistently | 2/13 | 9/10 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| | stored in a quickly accessible location, and that staff are adequately trained in use of the emergency keys. | 9/13 3/14 10/14 | 3/11 8/11 12/11 7/12 | |
| F. 76 | CCDOC shall ensure that staff are able to manually unlock all doors (without use of the manual override in the event of an emergency in which the manual override is broken), including in the event of a power outage or smoke buildup where visual examination of keys is generally impossible. CCDOC shall conduct and document random audits to test staff proficiency in performing this task on all shifts, a minimum of three times per year. CCDOC shall conduct regular security inspections of all locking mechanisms. CCDOC shall communicate with DFM via the Work Order System regarding lock-related issues and maintenance. | 2/13 9/13 3/14 10/14 | 9/10 3/11 8/11 12/11 7/12 | |
| F. 77 | DFM shall develop and implement an annual preventative maintenance program concerning security devices such as doors locks, fire and smoke barrier doors, and manual unlocking mechanisms to ensure these devices function properly in the event of an emergency. | 3/11 8/11 12/11 7/12 2/13 9/13 3/14 10/14 | Not Assessed 9/10 | |
| F. 78 | CCDOC shall implement competency-based testing for staff regarding fire and emergency procedures. | 8/11 12/11 7/12 | Not assessed 9/10 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---|---|---|---|---|
| | | 2/13 | X3/11 | |
| | | 9/13 | | |
| | | 3/14 | | |
| | | 10/14 | | |
| F. 79 | CCDOC shall promptly notify DFM of all electrical hazards, including maintenance and repair of electrical outlets, devices, and exposed electrical wires. | 7/12 | 9/10 | |
| | | 2/13 | 3/11 | |
| | | 9/13 | 8/11 | |
| | | 3/14 | 12/11 | |
| | | 10/14 | | |
| F. 80 | DFM shall promptly repair all known electrical hazards, including maintenance and repair of electrical outlets, devices, and exposed electrical wires and will document repairs by the Work Order System. | 3/11 | 9/10 | |
| | | 8/11 | | |
| | | 12/11 | | |
| | | 7/12 | | |
| | | 2/13 | | |
| | | 9/13 | | |
| | | 3/14 | | |
| | | 10/14 | | |
| F. 81 | CCDOC shall ensure that combustibles are controlled and eliminate hi8ghly flammable materials throughout the facility and inmate living areas (e.g., inmates 'use of paper bags as trash receptacles, ripped fire-retardant mattress covers, improvised cell light covers, blankets on cell floors, and improperly stored and labeled flammable liquids and other chemicals). | 9/13 | 3/11 | 9/10 |
| | | 3/14 | 8/11 | |
| | | 10/14 | 12/11 | |
| | | | 7/12 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| | | | 2/13 | |
| F. 82 | CCDOC shall ensure that fire safety officers are trained in fire safety and have knowledge in basic housekeeping, emergency preparedness, basic applicable codes, and use of fire extinguishers and other emergency equipment. | 7/12 2/13 9/13 3/14 10/14 | Not Assessed 9/10 3/11 8/11 | |
| **G** | **SANITATION AND ENVIRONMENTAL CONDITIONS** | | | |
| **G. 83** | **Sanitation and Maintenance of Facilities** | | | |
| G. 83a | DFM shall maintain an adequate written staffing plan and sufficient staffing levels to provide for adequate maintenance of the Facility. | 8/11 12/11 7/12 2/13 9/13 4/14 10/14 | 9/10 3/11 | |
| G. 83b | CCDOC shall revise and implement written housekeeping and sanitation plans to ensure the proper routine cleaning of housing, shower, and medical areas, in accordance with generally accepted correctional standards. Such policies should include oversight and supervision, including meaningful inspection processes and documentation, as well as establish routine cleaning requirements for toilets, showers, and housing units. | | 9/10 3/11 8/11 12/11 7/12 2/13 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|-----------------|
| | | | 9/13 | |
| | | | 3/14 | |
| | | | 10/14 | |
| G.83c | DFM shall implement a preventive maintenance plan to respond to routine and emergency maintenance needs, including ensuring that shower, toilet, and sink units are adequately maintained and installed. | 3/11<br>8/11<br>2/11<br>7/12<br>2/13<br>9/13<br>3/14<br>10/14 | 9/10 | |
| G. 83d | CCDOC shall notify DFM, in a timely manner, of routine and emergency maintenance needs, including plumbing, lighting, and ventilation problems. | 7/12<br>2/13<br>9/13<br>3/14<br>10/14 | 8/11<br>12/11 | 9/10<br>3/11 |
| G.83e | DFM shall ensure adequate ventilation throughout the Facility to ensure that inmates receive an adequate supply of air flow and reasonable levels of heating and cooling.  DFM staff shall review and assess compliance with this requirement on a daily basis for automated systems and on and annual basis for non-automated systems. | 3/11<br>12/11<br>7/12<br>2/13<br>9/13 | 9/10 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| | | 3/14 10/14 | | |
| G. 83f | CCDOC shall notify DFM of any visible obstructions to the ventilation system. | 7/12 2/13 9/13 3/14 10/14 | 3/11 8/11 12/11 | 9/10 |
| G. 83g | Cook County shall ensure adequate lighting in all inmate housing and work areas. | 2/13 9/13 3/14 10/14 | 9/10 3/11 8/11 12/11 7/12 | |
| G. 83h | CCDOC shall ensure adequate pest control throughout the housing units, medical units, RCDC, RTU, and food storage areas. CCDOC shall maintain a contract for professional exterminator services for each division, food services areas, and the Cermak hospital. Services should provide for routine pest control spraying and additional spraying as needed. | 2/13 9/13 3/14 10/14 | 9/10 3/11 8/11 X12/11 X 7/12 | |
| G. 83i | CCDOC shall ensure that all inmates have access to needed hygiene supplies. | | Not Assessed 9/10 or 3/11 8/11 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---|---|---|---|---|
| | | | 12/11 | |
| | | | 7/12 | |
| | | | 2/13 | |
| | | | 9/13 | |
| | | | 3/14 | |
| | | | 10/14 | |
| G. 83j | CCDOC shall develop and implement policies and procedures for cleaning, handling, storing, and disposing of biohazardous materials, in accordance with generally accepted correction standards. CCDOC shall ensure that any inmate or staff utilized to clean a biohazardous area are properly trained in universal precautions, are outfitted with protective materials, and receive proper supervision when cleaning a biohazardous area. | 2/13 9/13 3/14 10/14 | Not Assessed 9/10  3/11 8/11 12/11 7/12 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| | | 7/12 | 3/11 | |
| | | 2/13 | | |
| | | 9/13 | | |
| | | 3/14 | | |
| | | 10/14 | | |
| G. 83m | CCDOC shall inspect and replace as often as needed all frayed and cracked mattresses. CCDOC shall destroy any mattress that cannot be sanitized sufficiently to kill any possible bacteria. CCDOC shall ensure that mattresses are properly sanitized between uses. | 8/11 | 3/11 | 9/10 |
| | | 2/11 | | |
| | | 7/12 | | |
| | | 2/13 | | |
| | | 9/13 | | |
| | | 10/14 | | |
| G. 83n | CCDOC shall ensure adequate control and observation of all housing units, including distribution and collection of razors and cleaning supplies. All cleaning tools and hazardous chemical shall be removed from housing areas after use. | 8/11 | 9/10 | |
| | | 12/11 | 3/11 | |
| | | 7/12 | | |
| | | 2/13 | | |
| | | 9/13 | | |
| | | 3/14 | | |
| | | 10/14 | | |
| G. 83o | CCDOC shall ensure that Facility sanitarians receive training from a relevant state, national, or professional association with emphasis on assessment of environmental health practices and emerging environmental issues in correctional settings. Facility sanitarians | 12/11 | 9/10 | |
| | | 7/12 | 3/11 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|-----------------|
| | should also have training on and access to testing equipment to ensure sanitary conditions. | 2/13 9/13 3/14 10/14 | 8/11 | |
| **G. 84** | **Sanitary Laundry Procedures** | | | |
| G. 84a | CCDOC shall develop and implement policies and procedures for laundry procedures to protect inmates from risk of exposure to communicable disease, in accordance with generally accepted correctional standards. To limit the spread of communicable disease, CCDOC shall ensure that clothing and linens returned from off-site laundry facility are clean, sanitized, and dry. | 8/11 12/11 7/12 2/13 9/13 3/14 10/14 | 9/10 3/11 | |
| G. 84b | CCDOC shall ensure that inmates are provided adequate clean clothing, underclothing and bedding, consistent with generally accepted correctional standards, and that the laundry exchange schedule provides consistent distribution and pickup service to all housing areas. | 3/14 10/14 | 3/11 8/11 12/11 7/12 2/13 9/13 | 9/10 |
| G. 84c | CCDOC shall train staff and educate inmates regarding laundry sanitation policies. | 3/14 10/14 | 8/11 12/11 7/12 | 9/10 3/11 |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| | | | 2/13 | |
| | | | 9/13 | |
| G. 84d | CCDOC shall ensure that laundry delivery procedures protect inmates from exposure to communicable diseases by preventing clean laundry from coming into contact with dirty laundry or contaminated surfaces. | 12/11<br>7/12<br>2/13<br>9/13<br>3/14<br>10/14 | 9/10<br>3/11<br>8/11 | |
| G. 84e | CCDOC shall require inmates to provide all clothing and linens for laundering and prohibit inmates from washing and drying laundry outside the formal procedures.<br><br>(* In the Monitor Report #V dated July 20, 2012; this provision was inadvertently recorded "substantial compliance." The provision should have been recorded "partial compliance.") | 9/13<br>3/14<br>10/14 | 9/10<br>3/11<br>8/11<br>12/11<br>7/12*<br>2/13 | |
| **G. 85** | **Food Service** | | | |
| G. 85a | CCDOC shall ensure that all food service at the Facility is operated in a safe and hygienic manner and that foods are served and maintained at safe temperatures. | 9/13<br>3/14<br>10/14 | 3/11<br>8/11<br>12/11<br>7/12<br>2/13 | 9/10 |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| G. 85b | CCDOC shall ensure that all food service staff, including inmate staff, must be trained in food service operations, safe food handling procedures, and appropriate sanitation. | 7/12 2/13 9/13 3/14 10/14 | 9/10 3/11 8/11 12/11 | |
| G. 85c | CCDOC shall ensure that the Central Kitchen and Division XI kitchen are staffed with a sufficient number of appropriately supervised and trained personnel. | 2/13 9/13 3/14 10/14 | 9/10 3/11 8/11 12/11 7/12 | |
| G. 85d | CCDOC shall ensure that dishes and utensils, food preparation and storage areas, and vehicles and containers used to transport food are appropriately cleaned and sanitized. | 2/13 9/13 3/14 10/14 | 9/10 3/11 8/11 12/11 7/12 | |
| G. 85e | CCDOC shall check and record, on a regular basis, the temperatures in the refrigerators, coolers, walk-in-refrigerators, the dishwasher water, and all other kitchen equipment with temperature monitors to ensure proper maintenance of food service equipment. | 7/12 2/13 9/13 3/14 10/14 | 9/10 3/11 8/11 12/11 | |

**STATUS REPORT**

**DATE OF STATUS REPORT: 10/17/14**

**PROVISION: C. MEDICAL CARE**

**53. Treatment and Management of Communicable Disease**

e. Cermak shall ensure that the negative pressure and ventilation systems function properly. Following CDC guidelines, Cermak shall test daily for rooms in-use and monthly for rooms not currently in-use. Cermak shall document results of such testing.

**October, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Since July, 2012 the Department of Facilities Management (DFM) monitors and document the negative pressure for the 18 isolation cells located on the third floor (3-E) of Cermak, along with the enunciator panel once each shift. Work orders are submitted and appropriate repairs made when monitoring demonstrates non-compliance. Occupational and Environmental Hygiene Services at the Great Lakes Center for Occupational and Environmental Safety and Health at the University of Illinois, Chicago, conducts a full testing of the ventilation system annually. Copies of those reports are provided to the Chief Medical Officer of Cermak.

**Monitor's Assessment:** There is no change from the previous report. As in past tours, I verified that the DFM monitoring program was continuing for the isolation cells. The pressure testing by DFM is included on their Preventative Maintenance Schedule. The checks are documented in logs maintained by DFM. On this tour, only one isolation cell was occupied. This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**PROVISION: C. MEDICAL CARE**

**53. Treatment and Management of Communicable Disease**

f. Cermak shall notify DFM, in a timely manner, of routine and emergency maintenance needs.

**March, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Cermak continues to submit work orders through the "Facility Wizard" work order system utilized by Department of Facilities Management for all emergency and routine repairs as well as scheduled maintenance. Cermak's Environmental Services Director or Assistant Director of Plant Operations/Environmental Services submits all work order requests to DFM electronically. They have the capability at any time to monitor the status of work order.

**Monitor's Assessment:**

The interface for "Facility Wizard" system that allows Cermak to access information on DFM work order repairs continues to operate effectively since its inception in April, 2012. Cermak tracks outstanding work orders through the online database.

However, on this tour I once again observed that the patient emergency call buttons located in each cell on 3-E were

2. Cermak management should develop a written procedure to regularly monitor the patient call button system to assure that inmates assigned to housing in the medical tier have the ability to alert staff for an emergency.

3. Please provide me with the Cermak documented procedure as to how non-conformances identified during routine inspections completed by Cermak Environmental Services staff will be addressed including a root cause analysis and the implementation and monitoring of "corrective action" that addresses the cause of the non-conformity, not just the correction.

4. **PROVISION: F. FIRE AND LIFE SAFETY**

71. CCDOC and DFM shall work together to develop and implement a fire safety program and ensure compliance is appropriately documented. The initial Fire Safety Plan shall be approved by the fire prevention authority having jurisdiction. The Fire Safety Plan shall be reviewed thereafter by the appropriate fire prevention authority at least every two years, or within six months of any revisions to the plan, whichever is sooner. Fire safety and emergency procedures shall be standardized across divisions, to the extent possible given differences in physical plant and security levels.

**October, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The Interagency Committee consisting of the Directors of CCDOC, DFM, and Cermak created the Fire Safety Committee (FSC) in August, 2010 They meet monthly to review and assess the fire safety and prevention systems and make improvements to it. The program is documented in accordance with the provisions of the consent agreement. The Fire Safety committee consists of representatives from the Office of the Sheriff, Department of Corrections, Cermak Health Services, and the Department of Facilities Management. Each division within CCDOC has a documented "Fire Safety and Emergency Plan" which includes the procedure to follow in case of a fire and a detailed emergency evacuation procedure. These plans have been reviewed by the City of Chicago Fire Department. The Chicago Fire Department in correspondence dated Dec. 24, 2013 has accepted the CCDOC Fire Evacuation and Emergency plans and the General Orders as written. Further the City of Chicago, at least annually completes an inspection of CCDOC. The have found either full compliance with previously identified violations or that they were in the process of being corrected. Currently a fire prevention inspector from the Chicago Bureau of Fire Prevention visits the complex to provide advice to personnel on fire safety issues. Scheduled, unannounced fire drills are conducted regularly on all shifts for all divisions. When available, an inspector from the Fire Prevention Bureau, along with the responding fire station firefighters participates as part of their response training.

CCDOC, DFM, and Cermak issued the Interagency Directive, 64.5.30.0, effective date of August 22, 2011 that establishes the policy and procedures for Fire Safety Plans, fire emergency response, and evacuations within CCDOC. The Directive establishes the respective roles and responsibilities for CCDOC, Cermak, and DFM relating to Fire Safety Plans, emergencies and evacuations. CCDOC has a
Page **19** of **63**

designated fire safety administrator and fire safety officer position and each division has designated trained safety officers assigned for each shift including weekends and holidays. Supervisor training on

**Monitor's Recommendations:**

1. Continue the fire safety training for all correction officers. Assure that correction officers assigned to a specific division understand the fire safety plan for that division and are able to demonstrate through drills effective implementation of it during an emergency.

2. Assure that Cermak is represented on the Interagency Fire Safety Committee by their participation in the meetings.

3. Complete the revision process for the Interagency Directive for Fire Safety, Fire Emergency, and Fire Evacuation 64.5.30.0 and General Order 24.11.1.0 to assure that they reflect current operations, regulations, and practice. The review needs to be completed at least every two years in accordance with the consent agreement.

4. Continue the unannounced fire drills on all shifts as planned, along with the review of each drill completed by the CCDOC Safety Administrator. Document all corrective actions taken for any identified non-conformances. The Interagency Fire Safety Committee should also review quarterly results of fire drills and make adjustments to the Safety Plan as necessary.

**72. CCDOC shall develop and implement an evacuation plan for inmates and staff and ensure that comprehensive fire drills are conducted every three months on each shift. CCDOC shall document these drills, including start and stop times and the number and location of inmates who were moved as part of the drills.**

**October, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Based on the correspondence referenced in Provision 71 above, division specific Fire Safety and Emergency Plans that include detailed evacuation plans are complete and have been reviewed by the Chicago Fire Department. The Interagency Fire Safety Committee that meets monthly reviews these plans, along with the division safety officers to assure they remain current. In addition to the division safety officers, CCDOC has created "Administrative Relief Teams (ART). ARTs are correction officers that can be assigned to any division when staff shortages occur. The Fire Safety Committee has implemented a division specific fire evacuation and emergency key egress box training program to assure that when ARTs are assigned to a specific division, they are adequately trained in that division's emergency egress key location, response and evacuation procedures.

CCDOC is currently conducts one fire drill per month on each shift that includes the movement of inmates for each division. Extinguishers are brought to the drill locations. While the consent agreement is not clear as to whether the drill frequency is for the entire complex or within each division, the Fire Safety Committee's intent is that all divisions are drilled 12 times annually over all three shifts. Written reports are completed and reviewed for non-conformities and corrective action taken including retraining following the drills. This provision is substantially compliant.

**Monitor's Assessment:**

There is no change from the previous reports. I did not witness any fire drills during the tour. However, the Fire Safety Administrator provided a copy of the fire drill schedule and copies of the drill reports for each division. Drills have been conducted since the last tour in all Divisions except Division V, which continues to be closed, Division VI, and Division X. These are scheduled during the remainder of the year. The Fire Safety Officer reviews the drills and the results are discussed during meeting of the fire safety committee. I did review a report summary of drills conducted and those reports continue to demonstrate staff understanding and conformance with policy and emergency procedures specific to the division. The summaries continue to demonstrate the effectiveness of the training provided to officers.

Staff has also completed an inspection of all emergency flashlights to assure they are operational and that batteries are fully charged.

**Monitor's Recommendations:**

1. Continue fire drills on the monthly schedule for each shift and division with documentation that follows the agreed order. Maintain an updated record showing the last date any housing unit has conducted a fire drill to be able to demonstrate that drills are reasonable being spread throughout each Division.

2. Maintain and provide me with a list of dates and locations of all fire drills completed for 2014, and provide me a summary of the quarterly assessments that include recommendations for improvements in the applicable policies, procedures and for both initial and refresher training at the end of the December.

3. Establish as part of the fire safety General Order a process to that all emergency flashlights are continually functioning and batteries fully charged.


73. DFM shall ensure that the Facility has adequate fire and life safety equipment, including installation

DFM maintains a register (log)identifying the location all applicable fire and life safety equipment including fire alarms, smoke detectors, fire extinguishers, fire panels, emergency key egress boxes, flammable cabinets, and a division specific chemical inventory list throughout the complex. They have installed fire resistant cabinets for flammable chemicals in all maintenance shops where they are stored. DFM has implemented Policy (09-03-04) for safe and effective storage of all hazardous materials. The Chicago Fire Department has assessed the placement of flammable cabinet locations and although they will not provide a written acceptance as described in Provision 71 above, their representative stated that the storage locations were acceptable.

DFM maintains a binder sorted by division and by floor that show through color codes the location of all maintenance shops, mechanical rooms, closets, stairwells, plumbing chases, fire panels, and emergency key egress boxes. A copy of the binder is provided to the Chicago Fire Department, is readily accessible and provided to each division's designated safety officer, and the CCDOC Fire Safety Officer. DFM participates and provides updates of issues and changes through the Fire Safety Committee.

**Monitor's Assessment:**

There is no change from the previous report. DFM maintains an up-to-date register of all fire safety and emergency devices including alarms, extinguishers, strobes, pull stations, and extinguishers for each division. I reviewed the binder described above and found it to be well organized and a valuable tool in case of an emergency. Each division's safety officer maintains a copy of their division's floor plan and inventory book. Engineering Security & Sound Inc. and Door Systems Inc. have completed the 2014 fire alarm testing for all divisions except Division VIII as the building is still under building contractor's warranty and Division XVII, which is not due until November. Annual fire pump tests have been completed in March and April, 2014 for all Divisions that have Fire Pumps. The annual fire extinguisher recertification has been completed in accordance with the DFM preventative maintenance schedule. All inspections are included as part of the work order system.

This provision continues to in substantial compliance with the consent agreement.

**Monitor's Recommendations:**

1. Assure that the fire and life safety inspections for Division VIII are included in the 2015 preventative maintenance schedule.

74. DFM shall ensure that all fire and life safety equipment is properly maintained and routinely inspected. DFM shall develop and implement a program related to the testing, maintenance and inspection of the life safety equipment.

**October, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Facilities Management continues to implement their policy #10-01-01, "Required Testing, Inspection, and Maintenance of Life Safety Systems." This policy and procedure outline required testing in accordance with NFPA requirements. It includes weekly and monthly generator testing, monthly fire department connections inspection, monthly fire pump churn testing, monthly fire extinguisher inspection, annual fire pump testing, annual fire alarm testing, annual main drain testing, and annual elevator testing. Included in the policy is the requirement for documented corrective action when non-conformities are identified. Required testing, inspection, and maintenance for all life safety systems are scheduled and maintained through the "Facility Wizard" work order system as part of the preventative maintenance program.

The fire extinguisher contractor has completed bar coding for all extinguishers currently under contract. This will make servicing them more efficient and effective knowing the dates when annual and six year testing is required. DFM has put out bids to purchase bar codes readers to record and monitor when the fire extinguishers are checked. This is scheduled for completion in 2015.

**Monitor's Assessment:**

I did not find any issues during this tour. All fire extinguishers I checked throughout the complex had been inspected for September, 2014 and the tags updated as required. DFM provided a report summarizing the annual testing, inspection and maintenance for all fire and life safety equipment.

**Monitor's Recommendations:**

1.  No further recommendations at this time.

---

**75.** CCDOC shall continue to ensure that emergency keys are appropriately marked and identifiable by touch and consistently stored in a quickly accessible location, and that staff are adequately trained in use of the emergency keys.

---

**October, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The Security and Key Control Interagency Directive was issued effective January 1, 2012. It requires that each Division have a "red" emergency key access box located in the control room. That box contains the key that opens a second box containing all emergency keys for all housing unit doors. The key box is locked and has a security seal that has to be broken to gain access. The policy further requires that any time the seal is broken, including during an emergency, the Watch Commander be notified, an incident report written, and a work order submitted requiring the DFM locksmith to reseal the box.

All emergency egress keys are color coded and have a two inch glow stick attached to the key ring. Restricted keys are those specifically assigned to designated personnel with the authority of the respective division superintendent or DFM's Deputy Director/OEIV. These keys are color coded

differently than the egress keys. General keys are specifically designated keys for everyday use including the library, classrooms, recreation rooms, etc., and are also color coded. Emergency access keys for all DFM maintenance shops and mechanical rooms and closets are maintained in the Superintendent's office of Division XI. Emergency access keys for DFM shops for Divisions I, II, III, IV and V are housed in the Superintendent's office in Division V. Emergency keys for Divisions VI, IX, X and the new VIII are housed in the Superintendent's office in Division IX. Division XI will continue to maintain the keys for maintenance shops located there.

The emergency keys for access to all DFM shops and storage areas are located in Division IX for all shops and storage areas other than Division XI and Boot Camp. The keys for those shops are located in Division XI. The key access systems are tested quarterly by DFM to assure they are readily accessible.

**Monitor's Assessment:**

There is no change from the previous report. During this tour I spot monitored the emergency keys in Division VI and found all emergency key rings were equipped with glow sticks as required. When asked, officers in control rooms correctly demonstrated the emergency key access procedure by breaking the seal to the locked cabinet. Training continues to be provided for Administrative Relief Teams (ARTs) on emergency key access procedure.

I also reviewed the work order completion report for the September, 2014 DFM emergency access key box test for both locations.

**Monitor's Recommendations:**

1.  No recommendations at this time.

76. CCDOC shall ensure that staff are able to manually unlock all doors (without use of the manual override in the event of an emergency in which the manual override is broken), including in the event of a power outage or smoke buildup where visual examination of keys is generally impossible. CCDOC shall conduct and document random audits to test staff proficiency in performing this task on all shifts, at a minimum of three times per year. CCDOC shall conduct regular security inspections of all locking mechanisms. CCDOC shall communicate with DFM via the Work Order System regarding lock-related issues and maintenance.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update: REVIEW FIRE DRILL REPORTS BEFORE COMPLETING THIS PROVISION**

Emergency keys for each division are stored in a secure control room. All keys have been equipped with glow sticks that to allow staff to easily identify a specific key in the case where vision is impaired because of smoke or fire. The Fire Safety Committee explained that on every shift, the officer assigned to the unit or tier inspects all locking mechanisms and reports any issues through the DFM work order system. The Fire Safety Committee has implemented an "Egress Key Exercise for each Division on all

shifts by all personnel. Egress key accessibility and process are also included as part of the routine unannounced fire drills as described above.

**Monitor's Assessment:**

During this visit, I did not test officers on the use of emergency keys. However, in assessing emergency keys in Division X, and reviewing fire drill reports for each division and meeting summaries of the Fire Safety Committee meeting am confident that officers are able to manually access all doors. Further, training of Administrative Relief Teams is being completed.

**Monitor's Recommendations:**

1. Continue testing the egress key exercise for all divisions during fire drills.

2. Complete training of relief teams.

3. Provide evidence that the testing of door locks and what to do if a lock fails is included on the correction officer's training syllabus.

77. DFM shall develop and implement an annual preventative maintenance program concerning security devices such as doors, locks, fire and smoke barrier doors, and manual unlocking mechanisms to ensure these devices function properly in the event of an emergency.

**October, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The annual inspection of door locks, fire and smoke barrier doors, and manual unlocking mechanisms is included on the "Facility Wizard" work order system as a standing order. DFM has a three-year contract with a local company to conduct those inspections. The annual inspections are completed by the same contractor that inspects smoke detectors, fire alarms, and smoke detectors.

**Monitor's Assessment:**

Between June and August, Door Systems Inc. completed its 2014 annual inspection of all door locks, fire and smoke barrier doors, and manual unlocking mechanisms through the same outside vendor that inspected smoke detectors, fire alarms and smoke detectors. The 2015 inspection will be completed as last year from June through August. I will continue to monitor compliance with this provision.

**Monitor's Recommendations:**

1. Continue the monitoring program as scheduled.

2. No further recommendations.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC through the Interagency Fire Safety Committee has implemented the competency based safety officer proficiency examination. It is given to all safety officers. They have also completed training for divisional supervisors and shift commanders. The test is based on the Interagency Directive for Fire Safety, Emergency, and Evacuation and CCDOC General Order 24.11.1.0. There are currently two versions of the test that can be alternated between classes or trainings. The Directive specifically requires fire safety orientation for correction officers during the annual training program in accordance with the current CCDOC General Order. CCDOC has issued the division specific Orientation Handbook. It is the responsibility for all CCDOC staff to fully understand expectations and responsibilities for a variety of fire safety and sanitation topics. It includes sections on Safety and Sanitation Inspections of Living Units (General Order #24.9.9.0), Fire Safety (Interagency Directive 64.5.30.0), Egress Keys, Chain of Command, Inmate Count Procedures, and Compound Lockdown Levels. Each handbook includes a floor specific site map identifying key locations specific to safety within the division such as fire annunciators, extinguishers, fire alarm pull boxes, chemical control rooms, mechanical rooms, generators, and chases. Each division has a unique written test for officers to complete after reviewing the divisional handbook. ARTs are provided the division's Fire Safety Training binder containing a signature sheet, divisional egress key box location and divisional floor plans with emergency evacuation routs. Superintendents are required to assure that the ARTs have read and understand its contents.

**Monitor's Assessment:**

The competency based fire and emergency evacuation safety officer proficiency exam was initiated in August, 2011. The passing score for the exam is 80%. Based on documentation provided by CCDOC there were three Fire Safety/Sanitation training classes held so far in 2014 with 35 officers successfully passing the written examination. Further all officers receive fire safety training as part of their initial and annual training program. DFM and representatives of Cermak and the Central Kitchen have been included in the training.

**Monitor's Recommendations:**

1.  Continue training and testing until all divisional safety officers for all shifts have completed the training and demonstrated their competency.

2.  Assure competency division specific training for all ARTs for fire and safe evacuation along with emergency egress box location.

3.  Establish a course syllabus (topic outline) for each division's training program and identify the designated trainer responsible providing the training.

4. Continue to identify and maintain documentation of remedial training for those officers who do not perform up to expectation during regular drills and actual events.

5. Prior to my next visit, provide evidence of the remedial training for the list of officers who have completed it. While an officer may have successfully passed the written examination, the validation of the training is how they actually perform during drills and actual events.

79. CCDOC shall promptly notify DFM of all electrical hazards, including maintenance and repair of electrical outlets, devices, and exposed electrical wires.

**October, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC has established written procedures for the filing of work orders for all hazards including electrical. Specifically for electrical hazards, both DFM and CCDOC weekly monitor and review any backlog. CCDOC is fully integrated with the DFM "Facility Wizard" work order system. A review of the number of work orders filed by each division shows a marked increase in timely work orders being submitted and work completed by DFM maintenance trades. This includes electrical problems.

**Monitor's Assessment:**

During this tour, I visited the Central Kitchen, housing units in Divisions I, III, VI, XIV, XVII and Cermak. I did not identify any electrical issues.

**Monitor's Recommendations:**

1. No further recommendations.

80. DFM shall promptly repair all known electrical hazards, including maintenance and repair of electrical outlets, devices, and exposed electrical wires and will document repairs by the Work Order System.

**October, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The priority system established by DFM to track and monitor resolution of all maintenance requests has been operational since August, 2010. It establishes a basis for timely response to electrical and all other work order requests, submitted by CCDOC and Cermak. Electrical hazards are established as a first priority for response by either electricians or electrical technicians. Electrical and fire safety work order requests are typically resolved either the same day or the next unless there is a delay caused by part unavailability. Weekend, unless an emergency is completed on Monday. Emergency work orders are addressed within hours of the request. Weekly pending work order meetings are conducted with CCDOC to monitor and resolve all outstanding electrical work orders.

The DFM "Facility Wizard" system provides daily, weekly and monthly reports for DFM, CCDOC and Cermak to regularly monitor status of all work orders including electrical. CCDOC and Cermak can monitor progress or lack thereof for all outstanding work orders at any time and follow up with DFM as necessary to assure timely response and repairs to electrical hazards.

**Monitor's Assessment:**

DFM continues to make significant progress in reducing the backlog of pending work orders especially electrical and fire safety. For the period from January, 2014 through August 31, the pending work orders for electrical technicians were reduced by 81%: from 179 to 33. Only one work order exceeded 30 days. In that same period work orders for electricians were reduced 44%: from 184 to 102. With only three work orders over 30 days old. There is a weekly meeting with CCDOC and DFM to review and prioritize all pending work orders over 30 days old. DFM is looking now at reducing the backlog even further by monitoring those electrical work orders that are over seven day. MAKE A COMPARISON TO JANURY 2013.

I will continue to monitor the backlog each month on reports provided.

As stated in Report VIII, the light fixture replacement program has been completed for all divisions. This has resulted in virtual elimination of inmate abuse and destruction of fixtures, and significantly less electrical hazards. As of this tour only one fixture was pulled from the wall in Division XI, but the inmates were not able to access the internal components. As a result, the number of electrical related work orders is significantly reduced throughout the complex.

**Monitor's Recommendation:**

1. DFM should continue review with CCDOC the weekly pending work orders to assure that they are resolved as quickly as possible to reduce any threat to a fire hazard.

2. Please provide me with at least a quarterly report demonstrating continuing performance in eliminating backlogs of electrical hazards.

**81.** CCDOC shall ensure that combustibles are controlled and eliminate highly flammable materials throughout the facility and inmate living areas (e.g., inmates' use of paper bags as trash receptacles, ripped fire-retardant mattress covers, improvised cell light covers, blankets on cell floors, and improperly stored and labeled flammable liquids and other chemicals).

**MARCH, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

General Order 24.11.1.0 "Sanitation Procedure and Inspection" is the CCDOC Master Sanitation Plan. It is in the final stages of its first revision to reflect current procedures. Division specific sanitation plans will also be revised as appropriate to the General Order. With uniform and consistent implementation, from tier officers and effective enforcement from supervisory officers there continues to be a reduction

of the amount of combustibles within housing units. The efforts of the "Compliance Team" to reduce the amount of combustibles and flammable materials, and improve overall sanitation within the housing units have been effective. The replacement program for new lighting fixtures has also eliminated inmate's ability to use milk cartons to cover incandescent bulbs.

Inmates are now required to maintain all personal belongings and commissary in their personal property bags. This has worked especially well where tier officers and supervisors enforce the policy. However it is not yet universal in all facilities.

DFM controls the storage of flammables in their shops by maintaining them in designated secure fire resistant cabinets. As discussed in Provision 73, DFM has completed the color-coded map and inventory of all flammable and hazardous chemicals and provided it to CCDOC division safety officers and Safety Administrator. So within each division, there is an up-to-date inventory of all flammables being stored in that specific division. The inventory is maintained by DFM and is readily available to first responders in case of an emergency.

**Monitor's Assessment:**

Housing units assessed during this tour continue demonstrate improvement in reducing excess flammable materials in the cells and dayrooms. The exceptions to his were in Division I and in Division VIII. In Division I, there seems to be mixed enforcement from the Sergeants and tier officers as some areas were clean while others had numerous paper bags, excess toilet paper etc being permitted. In speaking with the Superintendent, he recognized the issue and will be addressing the issue immediately following this tour. In Division VIII the problem occurred as a direct result of ineffective pre-planning the move by CCDOC and Cermak to explain to medical inmates the rules for what could and could not be stored in the dormitory rooms. Many inmates had numerous paper bags stored next to their adjacent to their beds and under their desks. Inmates were being allowed to maintain excessive personal items on their desks, lined with male diapers as a liner and not in their personal property bags. Some inmates there clearly need to be provided a second personal property bag to contain all the medical supplies, commissary, and legal papers. CCDOC is proposing to draft a General Order that specifically identifies what is acceptable and what is not permitted. The Fire Safety Officer is also aware of the issue and has assumed the responsibility to address it following the tour. In other Divisions that I toured including III, XIV, VI, X and the 3rd floor of Cermak, I found that inmates are permitted one paper bag per person for trash and that trash is collected and disposed at least daily. Two person cells should be allowed only one bag for trash per cell and that needs to be included in the inmate handbook and strictly enforced throughout all divisions.

Following tour VIII CCDOC planned to slowly introduce the policy of only allowing one paper bag per cell. However, in the intervening six months that issue is still not resolved. There now appears to be a need to formally adopt a General Order and train and hold supervisors and living unit officers accountable for assuring that cells, dormitories, and dayrooms remain free of flammables. This provision continues in substantial compliance with the provision. However, if future tours continue to reveal excess flammables in the cells and no long term resolution of this issue, the compliance status will change.

**Monitor's Recommendations:**

1. Develop and implement a new General Order that specifies specifically what inmates are permitted to maintain in their cells and dormitory rooms. The Order also needs to establish responsibility and accountability to assure its success.

2. Provide me a draft of the General Order within 60 days of this report for review and comments.

3. Provide training and establish accountability for supervisors to effectively supervise living unit officers to not permit inmates to maintain flammable materials within their cells, dormitories, or dayrooms.

4. Inmate should only be allowed <u>one</u> paper bag per cell. All bags in excess must be confiscated including those received with commissary. In dormitories, there should be no paper bags allowed, as trash containers are already provided. All other personal items including shoes, commissary, correspondence, books, and magazines must be required to be stored in the inmate's personal property bag. Blankets must continue to remain on the beds and not used as carpet.

5. Establish and implement a supervisory process whereby an additional personal property bag may be authorized to those long term inmates who need extra storage for legal papers to eliminate uncontrolled stacks of papers under and adjacent to bunks.

6. Investigate non-flammable alternatives for delivering commissary items.

82. CCDOC shall ensure that fire safety officers are trained in fire safety and have knowledge in basic housekeeping, emergency preparedness, basic applicable codes, and use of fire extinguishers and other emergency equipment.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The Interagency Directive for Fire Safety, Fire Emergency, and Fire Evacuation, 64.5.30.0, was authorized effective August, 2011. The policy establishes that all CCDOC employees must receive training and become well-versed in the fire safety, emergency, and evacuation plans of the department and its divisions. This includes safety officers. (Note: In the divisions there are designated and trained "Safety Officers" that are equivalent to the term "fire safety officers" identified in the provision.) Further, the policy explains that "Communication among and between CCDOC, Cermak, and CCDFM employees is key in assuring a safe facility, and all shall work together to implement this directive."

The Interagency Directive requires the designation and training for all CCDOC divisional safety officers for each division at least annually. The training must be provided by or with the approval of the Cook County Sheriff's Office Training Institute, through the CCDOC Safety Office and the Chicago Fire

Department, and in accordance with a written course syllabus to be reviewed annually by the Fire Safety Committee.

The training of safety officers (fire safety officers) is currently provided by the CCDOC designated Safety Administrator, using the video of one of the courses previously provided by the Chicago Fire Department. Following the training, safety officers are required to pass a written proficiency examination.

**Monitor's Assessment:**

The competency based fire and emergency evacuation safety officer proficiency exam was initiated in August, 2011. The competency based fire and emergency evacuation safety officer proficiency exam was initiated in August, 2011. Safety classes were most recently held in January and September 2013. Over 240 Safety Officers including 35 who completed the course in 2014 recognized as safety officers. Demonstration of their ability to effectively use a fire extinguisher is included in the regular fire drills conducted in each division each month.

Further all correction officers receive fire safety training as part of their annual training program. DFM and representatives of Cermak and the Central Kitchen have been included in the training. There are questions of the annual training test that address fire safety. Sign in sheets are maintained as evidence that the training was provided.

As explained earlier in this report, the divisional orientation handbooks for divisional safety officers are now complete and issued. On future tours, I will continue to monitor safety officer knowledge by witnessing drills and questioning housing officers.

This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. Provide me with a current roster of safety officers from each division who are current in their training to assure that all shifts are covered.

2. The Safety Administrator needs to assure that all designated Safety Officers assigned within the divisions have received the annual training required in the Interagency Directive. Should a Safety

**PROVISION: G. SANITATION AND ENVIRONMENTAL CONDITIONS**

83. Sanitation and Maintenance of Facilities

a. DFM shall maintain an adequate written staffing plan and sufficient staffing levels to provide for adequate maintenance of the Facility.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The Department of Facilities Management has a written staffing plan for each trade that provides response to work order requests, scheduled maintenance, and emergencies for engineering, plumbing, electrical, painting, carpentry, and masons. In includes supervisory personnel for each. DFM is responsible for the maintenance and repairs of all Cook County owned facilities including CCDOC. There are assigned trades that report directly to the CCDOC complex daily. Additional tradesmen may be assigned from other county facilities to assist when there are excessive backlogs or emergencies. DFM contracts with trades provide general maintenance for two shifts and 24 hour emergency response.

**Monitor's Assessment:**

As reported in the previous report, Cook County restructured the Department of Facilities Management Agency in January, 2014 to created property specific facility managers. The plan assigns one General Manager at CCDOC with two property managers to manage the maintenance workload. The leadership of DFM continues to be very committed to reducing backlog of open work orders for all that was identified in Report VII. When reviewing trend reports, the backlog in plumbing and electrical work orders continues to be reduced almost monthly. DFM, as of this tour plans to monitor backlogs looking to reduce backlogs down to a week or less rather than30 or longer for open plumbing and electrical work orders. This is a significant improvement from past practice and represents their plan to continually reduce response time and provide timely repairs. DFM continues to provide me with monthly reports of their progress to reduce these backlogs. Weekly meetings with DFM and CCDOC are held to review and address aging pending work orders. As a result of this success, DFM also plans to establish a similar process to monitor aging work orders for the other trades as well.

I will continue to monitor the monthly reports for future tours. This provision continues to be in substantial compliance as long as the backlog continues to be managed effectively.

**Monitor's Recommendations:**

1. Establish a process to monitor and review outstanding work orders for all trades to assess the need for any additional staff needed to assure timely response to outstanding work orders.

**83.** Sanitation and Maintenance of Facilities

> **b.** CCDOC shall revise and implement written housekeeping and sanitation plans to ensure the proper routine cleaning of housing, shower, and medical areas, in accordance with generally accepted correctional standards. Such policies should include oversight and supervision, including meaningful inspection processes and documentation, as well as establish routine cleaning requirements for toilets, showers, and housing units.

**OCTOBER, 2014 COMPLIANCE STATUS: PARTIAL COMPLIANCE**

**Status Update:**

The CCDOC General Order 24.11.1.0, Divisional Sanitation Plan became effective in February 29, 2012. This order is a companion order with General Order 24.9.9.0, Safety and Sanitation of Living Units which became effective December 6, 2011. Both Orders currently are being revised to reflect improved practice and include specific sanitation schedules for all housing and common areas of the divisions. It will require documented housekeeping completion logs, inspection reports, deficiency plan for corrective action and requisition procedures for cleaning supplies. Once completed, the division specific schedules will be formally developed consistent with the General Order.

 A sanitation video has been developed that can be shown on televisions in each living unit throughout the day, when televisions are turned to that channel. Division designated sanitation officers for each division has are trained by the CCDOC Sanitarians on safe and effective cleaning and disinfecting procedures. In the General Order, Watch Commanders are responsible for reviewing the completed Daily Inspection Forms from each of the living units and filing a summary report weekly. The Support Services Superintendent and Sanitarians receive and review the weekly summary of the sanitation log from each of the divisions. The divisional sanitation plans mandate that sanitation officers observe the cleaning and disinfection of cells, dayrooms, toilets and shower facilities. Since the divisional sanitation plans became effective, the Sanitarians continue to conduct unannounced inspections of living units within all divisions.

CCDOC created and continues to use a designated "Compliance Team" to develop and oversee the implementation of the Divisional Sanitation General Order.    CCDOC has implemented an incentive for housing unit cleanliness and order by providing microwave ovens to those living units where the rules are being followed. In other words CCDOC transformed the previous culture where cleanliness was not a priority and inmates were permitted to live and sleep in an unclean environment and where fires for cooking commissary were commonly accepted by officers as acceptable with a very different culture through the use of an incentive environment. This process establishes accountability from both inmates and officers to improve and maintain the level of cleanliness and order of the living units as well as common areas including classrooms, maintenance closets, and tunnels. Improvement in cleanliness in those housing units where microwaves have been provided is generally significant when compared to those units where they are not available.

Cermak

10. Unsecured oxygen tanks;

11. A suicide smocks being stored in a medical storeroom for which there was no reason provided as to why;

12. Uncontrolled chemicals in storerooms and inmate rooms as well as a cabinet in the emergency room e-ray room.

13. Uncontrolled and phone cords draped along a wall or over the floor creating a safety and/or trip hazard where CCDOC officers apparently moved their post desks without authorization;

14. Unsecured sharps containers in exam rooms on the medical tier, the emergency room and the Division VIII dispensary.

15. CCDOC corrections staff and Cermak staff posting uncontrolled notices and pictures.

16. Apparent mold build-up on the inside of the ice machine, along with ice scoops being stored in the ice rather than in a secure closed container.

It is clear that not all of these issues are the responsibility of Environmental Services. However there was no assigned responsibility to anyone for many of these issues either from Cermak or CCDOC.

As a result, Cermak COO and the Interim Site Administrator agreed to form a task force including appropriate staff, CCDOC Support Services, and DFM to immediately review the results of the tour. Their first meeting was scheduled for Thursday of the tour. I intend to follow up as necessary to resolve this issue that has continued since the inception of the monitoring.

In touring housing tiers in Division I I identified numerous inmate created ropes used to hang clothes, numerous rolls of toilet paper (some cells had 8 rolls stacked on the floor near the toilet), excess food and trash being maintained in the cells, excessive mold in the showers, shower curtains hung with inmate created ropes that prevented officer supervision, and general lack of order and cleanliness in many cells.

In Division VIII on the third floor one of the dormitories staff allowed uncontrolled storage of personal belonging on inmate desks, lined with adult diapers, several inmates maintaining numerous paper bags with medical supplies, commissary, personal property bags not being required to be used for storage, and three bottles of cleaning chemicals not secured. Generally the tier was unorganized. Staff indicated this was the result of ineffective planning for the move to Division VIII. Further there was an accumulation of water on the floor in several areas creating a slip hazard for both inmates and staff.

In other divisions that I toured including Divisions XVII, VI, XIV, and III, the level of sanitation continues to be compliant; proof that with effective supervision regular inspections and officers and staff held accountable for the cleanliness and order of all housing units can be achieved.

With this summary, it is clear that this provision is not compliant with the agreed upon terms. If the issues in the identified divisions and in Cermak are not resolved prior to the next tour, the provision will be placed back in non-compliance

**Monitor's Recommendations:**

1. Complete the revision to General Order 24.11.1.0, Divisional Sanitation Plan and each division's sanitation schedule to assure they are consistent.

2. Establish and implement an effective sanitation and organization for Cermak tiers, emergency rooms, storerooms, showers, common areas, and dispensaries. Establish an effective monitoring program with management oversight that includes documented correction and corrective action to resolve not only the issue, but the actual cause of the issue.

3. CCDOC and Cermak both need to agree on written procedures for the timely cleaning and disinfection of all mattresses used by inmates.

4. Develop and implement a process to effectively clean and disinfect plastic drinking cups provided to medical inmates housed in Division II dorms and Cermak or eliminate the use of them and provide single service cups.

**83. Sanitation and Maintenance of Facilities**

c. DFM shall implement a preventive maintenance plan to respond to routine and emergency maintenance needs, including ensuring that shower, toilet and sink units are adequately maintained and installed.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

DFM uses a work order tracking system ("Facility Wizard") to manage and prioritize all maintenance requests from anywhere in the complex. The same system also is used to schedule and assure completion of preventative maintenance needs of all mechanical and fire safety systems within CCDOC, as well as at all other Cook County facilities. Both CCDOC and Cermak use the same system through an interface to enter work orders and monitor open and closed work orders. DFM has designated staff to prioritize work orders as received and send them to trades' foremen for assignment. DFM is also implementing an interactive voice response system through digital handheld devices to management program to monitor trade workers progress, provide instant communication and improve efficiency in responding to and completing work orders. DFM and CCDOC staff meet weekly to review and address backlogs of work orders.

Facilities Management operates a 24 hour emergency hot line seven days a week to receive and respond to any facility emergency reported by CCDOC or Cermak.

**Monitor's Assessment:**

DFM continues to meet the requirements of this provision. DFM management continues to investigate different reporting ideas to improve tracking and benchmarking types of work orders and from which division. This data will be beneficial to more effectively plan and budget staff time and positions. The full implementation of the Interactive Voice Response System is an example that will provide an excellent management tool to improve efficiency and effectiveness of processing and closing work orders.

CCDOC has designated specific employees within each division who are trained to create a work orders based on information from living unit officers. It is my view that DFM promptly responds to work orders following their established priority schedule. For all categories of trades, year-to-date DFM management reports show that they close an average of over 2400 per month.

**Monitor's Recommendations:**

1. None at this time.

**83. Sanitation and Maintenance of Facilities**

**d. CCDOC shall notify DFM, in a timely manner, of routine and emergency maintenance needs, including plumbing, lighting, and ventilation problems.**

**MARCH, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:** The DFM "Facility Wizard" work order tracking system interface has been operational at both CCDOC and Cermak since April, 2012. The required housing unit inspections specified in the sanitation General Order 24.11.1.0 became effective in March, 2012. Further General Order 24.9.9.0 established an inspection protocol for sanitation and living unit officer to identify and correct non-conformances. Living Unit inspection forms are collected by the divisional work order coordinator and only issues that need to be addressed by Sanitation are forwarded to the Watch Commander. Sanitarians also conduct unannounced inspections of each division as an independent verification.

The Sanitarians have also created a Power Point presentation for training living unit officers demonstrating what constitutes a needed plumbing, electrical and emergency issue. It can be used at the annual in-service training program taught weekly at the Sheriff's Training Academy. The training program is planned to be included in the 2014 in-service. The food service contractor CBM also has access to file work orders through Support Services. The CCDOC Sanitarians also generate the electronic work orders.

As a result, work orders from CCDOC staff are providing timely submission of work orders. The use of the 24 hour hotline for emergency repairs assures that emergency maintenance repairs are forwarded to DFM quickly and typically DFM responds to these within minutes.

**Monitor's Assessment:**

During this most recent assessment of living units, in Divisions 1, II, III, VI, XIV, and Cermak, I found that when I identified maintenance issues, Commanders or Sanitation Officers were able to show evidence that work orders had been submitted in every case. Division staff accompanying me carried binders with copies of the work orders. Tier officers now recognize that if a work order is processed, necessary timely repairs are made. In Division III, I did find several plumbing issues and suggested again that on a regular schedule assigned officers conduct a formal inspection to identify issues proactively.

CCDOC has decided not to continue occupying the twelve cells in the rear of A-1 as the parts to repair those plumbing fixtures are no longer available from the manufacturer. These 12 cells are the only ones in Division III that utilize that type of unique combination toilet/sink. Within this area there are also security issues including limited line of sight to effectively monitor inmate activity. The existing showers have been repaired; however, some shower floors need to be repainted as the existing paint is no longer secure.

As a result of this tour the provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. Re-establish the visual enhanced training program for all housing officers explaining what constitutes acceptable and unacceptable functioning of all ventilation, plumbing and electrical fixtures.

2. Continue to monitor housing units through the weekly inspections and hold tier officers and supervisors on all shifts accountable to report plumbing, electrical or ventilation issues when repairs are needed.

83. Sanitation and Maintenance of Facilities

e. DFM shall ensure adequate ventilation throughout the Facility to ensure that inmates receive an adequate supply of air flow and reasonable levels of heating and cooling. DFM staff shall review and assess compliance with this requirement on a daily basis for automated systems and on and annual basis for non-automated systems.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update**

The status remains unchanged since previous reports. DFM has fully implemented their Rounds Monitoring Policy for monitoring temperature ranges at CCDOC for all divisions. They are utilizing a monitoring recording form that is maintained in the DFM offices. Monitoring is completed once on each shift, seven days per week. To complete one division takes approximately one hour. Ventilation inspections and cleaning continues whenever a work order from CCDOC or Cermak is entered. They continue to meet the provision of the Consent Agreement.

**Monitor's Assessment:**

DFM continues to conduct their "Rounds Monitoring" in all divisions. The temperature monitoring is recorded. It includes measuring and recording temperatures of the exhaust and return air fans and temperatures at a pre-selected point closest to the exhaust fan and the point farthest from the exhaust fan in living units. They also measures the temperature of the hot water at the heater, check whether the hot water circulating pump is functioning according to manufacturer's specification, along with the sewer pumps, storm pumps, and condensate pumps. Function of the generator is verified, including the oil and fuel level. Measurements of PSI for the high, medium, and low pressure systems, city water pumps, and the chilled water pumps for the fire system, are taken. The monitoring forms are typically completed by an engineer and reviewed by a supervising chief engineer or assistant chief engineer. The program is functioning as intended.

The ventilation cleaning program for all divisions began in August, 2010 has been completed by DFM. They now respond to ventilation issues based on work orders filed from the divisions. DFM management continues to monitor the number of work orders filed each month for blocked vents to determine whether another complete round is necessary. For 2014 ventilation cleaning has increased, as one would expect, in those divisions that have been closed. This includes Divisions IV, and V, Additionally, because of the ventilation issues identified in Cermak on the last tour, 365 vents have been cleaned. When DFM conducts scheduled "Building Initiative" living unit painting and repair program, they assess and clean vents as part of the refurbishing of the cells and dayrooms. Living unit officers in other divisions monitor vents and submit work orders as necessary.

**Monitor's Recommendations:**

1. Continue the daily rounds inspections on all shifts.

2. Continue monitoring the number of work orders for obstructed vents to determine whether another comprehensive round is needed or continue to clean vents based on work orders submitted.

**33. Sanitation and Maintenance of Facilities**

**f. CCDOC shall notify DFM of any visible obstructions to the ventilation system.**

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

As discussed above, after DFM staff completed two rounds of the ventilation cleaning in all divisions, they now respond to blocked vents through the work order system. When tier officers identify blocked vents, a work order is submitted to DFM through the work order system. CBM, the food service contractor has eliminated the use of Styrofoam trays for all meals which no longer permits inmates from blocking the vents with the trays.

**Monitor's Assessment:**

On this tour the only two blocked vents were in the Cermak emergency room located in the basement. I observed no blocked vents in any division that I toured. The Sanitation Plan requires living unit officers to identify and notify Facilities Management should vents become blocked. This is no longer an issue within any CCDOC division. This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. Cermak Environmental Services need to remove the blocked vents in the emergency room and continue to monitor vents throughout that facility to assure they remain unobstructed.

**83. Sanitation and Maintenance of Facilities**

g. Cook County shall ensure adequate lighting in all inmate housing and work areas.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

This provision is the responsibility of the Department of Facilities Management. In July, 2012 the Cook County Board of Commissioners approved a contract to replace or retrofit all lighting and light fixtures with secure fixtures that prevent inmate abuse and improve energy efficiency within the living units within all divisions. That project is now complete. DFM staff reported that only one fixture

(Division XI) was compromised and that was due to improper installation that permitted inmates to pull the fixture from the wall. However, inmates could not compromise the fixture. This provision is no longer an issue within all of CCDOC. Incandescent bulbs are no longer being used in inmate cells.

**Monitor's Assessment:**

The new lights have dramatically increased the light intensity, and are more secure from abuse than the previous fixtures and exposed incandescent bulbs. As a result, the number of electrical work orders has dropped as expected, and as reported earlier in this report, the back log of pending electrical work order has dropped to a manageable level. This provision continues to be substantially compliant.

**Monitor's Recommendation:**

1. No further recommendations.

**83. Sanitation and Maintenance of Facilities**

h. CCDOC shall ensure adequate pest control throughout the housing units, medical units, RCDC RTU and food storage areas. CCDOC shall maintain a contract for professional exterminator services for each division, food services areas, and the Cermak hospital. Services should provide

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

As of November 1, 2013, Quality and Excellence Inc. maintains the pest control contract for CCDOC and for CBM. Cermak continues to maintain its pest control contract with Anderson Pest Control, the former contractor for CCDOC. The new contract for CCDOC requires the contractor be onsite 7.5 hours per day 5 days per week for the first six months of the contract and then 5.5 hours per day. They have provided CCDOC a map showing the location of all traps, and provide a comprehensive inspection and implement an "Integrated Pest Management" approach. The contractor is required to complete a floor drain cleaning procedure a minimum of twice per year to prevent insect eggs and larvae from developing, and provide a 24 hour response time for complaint response. They provide a quarterly statistical report, along with electronic reports of their inspections and recommendations.

CCDOC continues to operate a "pest control hotline" for officers to report pest activity. Steps to prevent pest issues and infestations are reinforced at the training academy for all correction officers.

**Monitor's Assessment:**

As of this tour, CCDOC continues to be pleased with the performance of the Quality and Excellence Inc. They have been responsive to special request issues and meet regularly with CCDOC staff when issues arise. The CCDOC Sanitarians receive and review the reports and maintain historic documentation of pest activity by location and pest type. Through the first six months of this year, approximately 383 reports have been received via the hot line. Responses typically happen within 24 hours of the notice. Pest control trending data for Divisions II, III, IV, VI VIII, IX, XIV, and XVII, ERT Training, South Campus Locations, all Boot Camp locations, and all Exterior Posts have reported at or below one per month.

Division I continues to be a concern of the age and condition of the building The number of rodents trapped are essentially the same as the same period in 2013 (33 rodents vs. 35.) While there are a significant number of internal building penetrations that cannot be eliminated, inmates there continue to be permitted to maintain excess exposed food in their cells, lack of adequate number of personal property bags for commissary, and failure to remove trash at least daily from all cells. Sanitation is clearly the main cause for a continuing pest issue there. The pest control contractor is intensifying the number of bait stations internally and increase the number of their inspections.

In summary, CCDOC Sanitarians continue to regularly monitor pest control issues and meet regularly with the contractor to modify their schedule and address hot spots. While rodent issues still exist, they are effectively managed through a comprehensive program.

During this tour I also noted drain fly issues in Divisions II, III and VIII. CCDOC should work with the contractor to begin a trend analysis for them in all Divisions by floor to understand their patterns.

CCDOC may have to increase the drain cleaning programs in these divisions to eliminate breeding areas in the drains especially in showers.

There continues to be sporadic pest control issues in some areas of the complex, because of the uncontrolled adjacent areas around CCDOC such as Division XI, along with construction activity. However, pest control is adequately and regularly monitored, trends are reviewed, and adjustments to treatments are made as necessary. This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1.  Continue to provide me pest control quarterly reports.

2.  CCDOC must no longer permit inmates to maintain excess food and commissary in their cells. All commissary foods must be safely stored in their personal property bags. The lack of sanitation and enforcement of rules in Division I is clearly an example when compared to divisions that are enforcing sanitation policy.

3.  Establish a formal monitoring program with trend analysis for drain flies in all Divisions by floor to understand the breeding habits of this nuisance insect and modify treatment techniques as appropriate.

83. Sanitation and Maintenance of Facilities

    i. CCDOC shall ensure that all inmates have access to needed hygiene supplies.

**OCTOBER, 2014 COMPLIANCE STATUS: PARTIAL COMPLIANCE**

**Status Update:**

CCDOC has completed and authorized General Order 24.11.6 with an effective date of March 7, 2014. The new Order states first, that upon intake, employees shall issue inmate basic hygiene supplies including soap, toothpaste, toothbrushes, and as appropriate sanitary pads. Weekly, the supply room in each division will ensure that it maintain an inventory of these supplies at a level of 1.5 times the building capacity distribute basic hygiene supplies to the living units on a pre-determined schedule. Living unit officers shall assure that basic hygiene supplies are available on the living unit and that they will issue these supplies to inmates as needed. Indigent inmate requests for supplies of shower gel, deodorant and lotion are submitted to the Correction Rehabilitation Worker (CRW), and if the inmate meets the definition of indigent, the Inmate Welfare staff will assemble and deliver these supplies to the division/unit. An indigent inmate is defined as a person having $25.00 or less for 30 days or more in his/her trust account.

**Monitor's Assessment:**

The General Order that was effective just prior to the last visit. As of this tour, CCDOC staff reported that they have only pilot tested the implementation of the policy and it is not fully implemented. As a

result, I am not able to observe its implementation. The provision will remain as partially compliant until effective implementation can be verified.

**Monitor's Recommendations:**

1. Implement General Order 24.11.6 in all Divisions.

2. Assure that each division maintains an adequate supply of replacement basic hygiene articles within housing units for use between weekly distribution and for newly admitted inmates. 3. Revise the General Order reference above to include the frequency of inmate availability of razors.

**83. Sanitation and Maintenance of Facilities**

j. CCDOC shall develop and implement policies and procedures for cleaning, handling, storing, and disposing of biohazardous materials in accordance with generally accepted correction standards. CCDOC shall ensure that any inmate or staff utilized to clean a biohazardous area are properly trained in universal precautions, are outfitted with protective materials, and receive proper supervision when cleaning a biohazardous area.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Biohazardous waste from Cermak's medical facility and the medical and/or dental clinics in the divisions is the responsibility of Cermak, not CCDOC. Biohazardous waste in Cermak is securely stored and placed in red bags for daily pick up by designated Cermak staff. Cermak maintains a contract for collection and final disposal of the waste.

For biohazardous waste from living units or laundry, each division maintains a supply of biohazardous spill kits within the security office and the sanitation rooms. They are replaced as needed through Support Services. CCDOC policy does not permit inmates to clean bio-hazardous spills. A new blood-borne Pathogen Decontamination General Order was issued in January, 2013. Support Services Sanitarian created a Power Point training presentation for biohazardous waste handling and cleanup that is now provided to all sanitation officers. There is a written syllabus for blood-borne Pathogen clean-up training. Cermak teaches the blood-borne pathogen training at the Academy and during in-service.

**Monitor's Assessment:**

The significant change since the last tour is that at Cermak and the medical clinic in Division VIII, I identified several unsecured sharps containers. Also in the Division VIII clinic, I found one red biohazardous waste bag uncontrolled in a store room on the floor with no red holding container available. Biohazardous waste from the medical/dental clinics that I visited was handled appropriately. The new Power Point training tool for sanitation officers is well written, thorough, and complete. Training for sanitation officers from each division for effective clean-up of biohazardous spills has been

completed and is conducted for new sanitation officers as necessary. I have reviewed the course syllabus for biohazardous waste and blood-borne pathogen training program for officers and find that it acceptable. The provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. Cermak needs to develop and implement a formal policy and procedure for secure storage of sharps containers

2. Cermak needs to establish and implement a process for safe effective storage of biohazardous waste in the Division VIII clinic.

**83. Sanitation and Maintenance of Facilities**

k. DFM shall develop a policy on hazardous materials, in accordance with generally accepted correctional standards, and insure that all DFM staff is properly trained on the procedure.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

DFM maintains policy number 2010 that was revised effective May 15, 2012. It establishes the acceptable storage procedure for handling and storage of all hazardous materials. The policy requires OSHA Hazard Communication Standard 29 CFR 1910.1200 Power Point training for all new hires and annually thereafter for all DFM personnel and that a current record be maintained for all employees required to work with hazardous materials. It requires a register (list) be developed of all chemicals used and stored and that the inventory and material safety data sheets be provided to designated management employees for distribution to the CCDOC Safety Administrator. The policy requires reports to the CCDOC Safety Administrator of any damage or spill. It mandates the supervisor or designee of each trade to complete quarterly inspections of all shops and rooms used for storage of hazardous materials to verify accuracy of inventory sheets, labeling, and safe and secure storage for all chemicals, along with appropriate corrective action for non-conformances and handling procedures including marking, controlling, labeling, mixing, and safety precautions. DFM management conducts random "mock surveys" of all shops and mechanical rooms since November, 2012. One of the elements included in the audit is monitoring for safe, effective storage, inventory and maintenance of chemicals.

Two documents, Understanding Policies and Procedures for tool, chemical and key control and Fire and Life Safety Duties for Engineering are both required to be displayed in the shops and a copy maintained on maintenance carts at all times.

Flammable cabinets are located in all shops/rooms where flammable materials are stored and that they are being appropriately used. DFM has completed division specific maps identifying the location of all flammable cabinets and a list of chemicals stored in each shop and/or mechanical rooms. This now includes Division VIII. They are provided to the Safety Administrator and also securely maintained in the respective division handbook located in the superintendent's or designee's office.

CCDOC has emergency access to all DFM maintenance rooms via secure keys located in Divisions IX and IX. The Division Safety Officer/Superintendent's office also maintains a current copy of all Safety Data Sheets for all hazardous chemicals stored within that division in addition to the one prominently stored at the entrance to all shops/rooms.

**Monitor's Assessment:**

There is no change from the previous report. During this tour I assessed two random mechanical rooms to verify safe storage practices. The mechanical room was maintained clean. DFM has continues random "mock surveys" of all shops and mechanical rooms throughout the complex.

At least quarterly an inventory balance matching the chemicals stored with the chemical list should be completed for all shops where chemicals are stored. The Safety Administrator should assure that the division safety officers know the location of all DFM hazardous and flammable chemicals in case of an emergency. DFM is also investigating if the SDS format that they use is compatible with the Chicago Fire Department and the Hazardous Materials Team. If it is, that would allow them access to the SDSs prior to arrival on site in case of an accident or spill.

This provision continues to be in substantial compliance with the consent agreement.

**Monitor's Recommendations:**

1. Assure the SDS format is compatible with the Chicago Fire Department and Hazardous Materials Response Team.

**83. Sanitation and Maintenance of Facilities**

i. CCDOC shall provide and ensure the use of cleaning chemicals that sufficiently destroy the pathogens and organisms in biohazard spills.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC dilutes concentrated chemicals following the chemical manufacturer's specifications from the central supply located in Division V and distributes them daily to the divisions as requested. By centrally controlling the dilution and following the chemical manufacturer's directions, the divisions only receive properly diluted cleaning and disinfecting chemicals needed for routine cleaning and sanitizing of floors, toilets, lavatories, showers, etc. and effective cleaning and sanitizing surfaces from biohazard spills.

The chemicals used for all cleaning and disinfection are available for distribution to Divisional Sanitation Officers from the Division V Central Chemical Room. They include peroxide cleaner, Q-64 Disinfectant, glass cleaner, stainless-steel cleaner, deodorizer, bleach, and Symmetry Personal Hand Sanitizer, Buckeye Blue cleaner and LemonQuat along with empty spray bottles and labels. Only the floor care team has access to chemicals used for floor care including Floor stripper, floor wax, Equity Floor Cleaner, and Lemon Quat Floor Sanitizer Also available from the CCDOC warehouse are mop heads, mop sticks, vacuum, power washer brooms, dust pans and squeegees, along with buckets brushes, Tyvec suits, vinyl gloves, garbage bags and eyewash stations.

Training for inmates and CCDOC employees on the safe and effective use of cleaning is taught by the Sanitarians. Training is provided to those assigned the responsibility of cleaning cells, showers, toilet facilities, dayrooms, RCDC, classrooms, tunnels, and all administrative areas. These are two hour classes daily, for one week. Each person that takes the class and successfully passes a written test is presented with a certificate of completion.

Each division maintains a supply of biohazardous spill kits in the chemical storage room as discussed earlier. Sanitation officer have been trained on the contents and how to use them in case of a spill. Spill kits are replaced as needed. Inmates are not permitted to clean up bio-hazardous spills per policy.

"Sanitation kits" have been distributed to each operating living unit to be used for inmate mattress cleaning and daily cleaning done by inmates. The crates include one spray bottle of Hydrogen Peroxide GP Cleaner, a spray bottle of Micro Q64 disinfectant, two brushes (one for touch surfaces and one for toilets), four rags and a instruction card. Kits are now included in the count clearing process and the tier officer is responsible to assure inmates do not misuse the chemicals. The sanitation officer on the 11pm to 7am shift is responsible to collect and restock the kits.

**Monitor's Assessment:**

There has been no change in this provision since the previous report. It remains substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

m. CCDOC shall inspect and replace as often as needed all frayed and cracked mattresses. CCDOC shall destroy any mattress that cannot be sanitized sufficiently to kill any possible bacteria. CCDOC shall ensure that mattresses are properly sanitized between uses.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

### Status Update:

Mattresses are replaced as needed throughout the divisions when they become no longer cleanable or beyond repair. Each division maintains a small surplus of mattresses and more are available from Central Supply. The mattresses include an incorporated pillow. If medically ordered, Inmates in Cermak may be provided pillows and pillowcases. Each division has a designated clothing and bedding storeroom and has established procedures in place to inspect, clean, disinfect, and repair or replace mattresses before they are provided to incoming inmates. Each room has separate areas for storage of clean and soiled mattresses. Mattresses are typically removed from the cell when an inmate is moved or discharged. They are taken to the designated storeroom within the respective division for cleaning and disinfection and cleaned using Hydrogen Peroxide GP Cleaner and Micro 64Q disinfectant using the process described in 83l above. The mattress is allowed air-dry and returned to the cell or dormitory for use. Inmates are also permitted clean their mattress during scheduled daily cleaning utilizing the sanitation kits described above.

Hospital mattresses within Cermak are cleaned and disinfected within the cell or dormitory anytime an inmate is transferred or discharged. Cermak's sanitation policy, made effective on 9/24/14 (two days before this tour) formally establishes the procedure for cleaning and disinfecting them.

Several hospital mattresses provided by Cermak were in need of repair and replacement.
For several hospital beds within Cermak the CCDOC mattresses were too small and did not fit the beds. Further, in most of the dormitory rooms there were not enough hospital beds available for the number of inmates. As a result inmates were required to sleep on plastic frames (boats). Cermak has the responsibility to provide the hospital beds for inmates assigned there.

### Monitor's Assessment:

On this visit I once again observed hospital beds with the small CCDOC mattresses being used. Cermak stated that they have received several new hospital beds, but it is still an inadequate number for the inmates living there. As in the last report, there continues to be inmates sleeping on "boats" as a result. Several of the mattresses at Cermak continue to be in need of repair of replacement, especially on hospital beds located in medical cells and dorms. I was not able to witness anyone cleaning any of the hospital mattresses during my onsite visit to Cermak. I will witness the cleaning process on the next tour.

I did observe a few CCDOC mattresses on beds where inmates had been discharged that day. CCDOC staff stated that they would be taken to the basement storeroom the same day for cleaning. However, when I returned the following day those same beds appeared to have the same mattresses and they had not been cleaned. CCDOC needs to formalize a procedure that monitors and assures that all mattresses within Cermak are taken from the cell immediately after the inmate is moved/discharged and either replaced with one that has been cleaned or is cleaned and then returned to the cell or dormitory. If this issue is not resolved on the next tour, this provision will transition back to partial compliance.

Within the divisions I did not observe any mattresses that were frayed and cracked to the point where they could not be effectively cleaned and disinfected. CCDOC staff indicated that a new mattress typically lasts about one year before they need to be replaced. As a result, they maintain adequate supplies in the warehouse to replace mattresses as they are needed.

**Monitor's Recommendations:**

1. CCDOC should establish a formal procedure for their mattresses that assures they are removed from the cell/dormitory immediately and taken to the designated storeroom for cleaning.

2. For the medical tiers, Cermak needs to eliminate the use of "boats" and replace them with patient appropriate hospital beds along with adequately sized mattresses in good condition that fit the bedframe.

3. Cermak needs to implement a like procedure as CCDOC that hospital mattresses are adequately inspected, cleaned and disinfected immediately after an inmate is transferred or discharged to assure other inmates in the medical dormitory do not try to "switch out" their mattress with one that has not been cleaned and disinfected.

**83. Sanitation and Maintenance of Facilities**

n. CCDOC shall ensure adequate control and observation of all housing units, including distribution and collection of razors and cleaning supplies. All cleaning tools and hazardous chemical shall be removed from housing areas after use.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC has established General Order 24.11.7.0, Inmate Razor Distribution Effective March 14, 2014. Razors used throughout CCDOC are color coded by division. The CCDOC Assistant Executive Director (AED) of Special Projects is responsible for maintaining inventory of inmate disposable razors and assigning designated staff to issue razors to each division. Each division Watch Commander is required to assure accuracy of the inventory and designate employees on each shift to verify the number of disposable razors on hand before distribution and upon their return form the inmates. Divisions are issued two biohazard waste containers with disposable plastic liners; one used to transport unused

razors and one for collecting and returning used razors. The date and amount of razors are tracked in a "Disposable Razor Logbook" signed by the officer accepting the razors. Used razors are placed in the red biohazard container designated for "used" razors and returned to the AED for Special Projects office for safe disposal. No razors are maintained in the housing tiers or dormitories. All razors, used and unused, are audited daily to assure complete retrieval. If a discrepancy is identified, an incident report is generated. Razors are available for use by inmates on the 11pm to 7am shift Monday through Friday with the exception of holidays.

**Monitor's Assessment:**

I did not observe the razor inventory or distribution process on this tour. However in reviewing the weekly incident reports since the last tour, there have not been any incidents reported about missing razors in any division. This will be included on the next visit.

The provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations at this time.

### 83. Sanitation and Maintenance of Facilities

o. CCDOC shall ensure that Facility Sanitarians receive training from a relevant state, national, or professional association with emphasis on assessment of environmental health practices and emerging environmental issues in correctional settings. Facility Sanitarians should also have training on and access to testing equipment to ensure sanitary conditions.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC employs two full time Registered Sanitarians, who report to the Superintendent of Support Services. Both Sanitarians are active participants for all areas of the consent agreement involving environmental and safety issues including chemical control, sanitation, laundry, food service, and fire and life safety. They actively participate in the review and revision of General Orders for these areas, along with developing and providing specific training programs to correction and civilian staff, and inmates. CCDOC provides them with and they regularly use measuring and testing equipment to monitor sanitation, temperatures, etc. Both were selected to present an educational session at the 2014 Annual Educational Conference of National Environmental Health Association on environmental health issues and career opportunities in an institutional (corrections) environment. They continue to research specific environmental issues such as pest control trends, food service, laundry, sanitation, maintenance, biohazardous materials, etc. They conduct independent sanitation audits, both for corrections and Cermak which has resulted in modification and improvements to training programs,

enhanced follow up work and objective counsel with both corrections and coordinating efforts with Department of Facilities Management.

They meet regularly with the contractor for food service, division superintendents, CCDOC management, Cermak, and DFM to assess and resolve issues. As part of their inspections, they regularly speak with both inmates and staff to identify issues that need resolution. They have an integral role in the implementation and monitoring of several CCDOC policies relative to sanitation and provide direction to the divisional sanitation officers. They have trained all divisional sanitation officers on correct cleaning procedures to assure continuing effective cleaning and sanitation. CCDOC is fortunate to have selected two Sanitarians who understand institutional environmental health, along with unique correctional issues and are able to interpret and find solutions to protect the safety and health of both inmates and fellow employees.

**Monitor's Assessment:**

There is no change from the previous report. Both Mr. Schroer and Mr. Gnacinski, along with Support Services Superintendent Sean Julian accompanied me on this tour of division housing units, laundry, food service and Cermak. They are active participants in working with Cermak to understand environmental health issues and active participants in developing the new Cermak policy for addressing sanitation, cleanliness and order at Cermak. They spoke with inmates and correction officers helping them understand the public health reasons for specific policies and procedures, along with the impact of following them correctly. I find their commitment and their insight valuable as they work to solve sanitation and safety issues in the divisions. They have created posters on use of the laundry for personal clothing, pest issues, and handwashing for use in the housing divisions.

**Monitor's Recommendations:**

1. No further recommendations.

**PROVISION: G. SANITATION AND ENVIRONMENTAL CONDITIONS**

**84. Sanitary Laundry Procedures**

a. CCDOC shall develop and implement policies and procedures for laundry procedures to protect inmates from risk of exposure to communicable disease, in accordance with generally accepted correctional standards. To limit the spread of communicable disease, CCDOC shall ensure that clothing and linens returned from off-site laundry facility are clean, sanitized, and dry.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC currently operates its own laundry service throughout the complex. There is no contract for laundry services for any inmate clothing, bedding, linens, or personals as it was at the beginning of the

Consent Agreement monitoring process. CCDOC currently operates laundries in Division III, V, and Division XVII. Division III and XVII sort, wash, dry and fold laundry for female inmate clothing, uniforms, linens, and blankets. Division III also processes laundry from Cermak. The laundry in Division IV is currently closed as the Division is closed for major rehabilitation. The food service contractor, CBM, operates a separate laundry to clean inmate worker uniforms and kitchen laundry.

CCDOC issued General Order 24.11.3.0 effective March 7, 2014 that establishes the responsibilities assigned to the Laundry Unit Watch Commander and outlines the necessary training requirements for employees and inmates assigned to the laundry units addressing safe sorting, washing, drying, and folding procedures and appropriate sanitation precautions necessary to be taken to assure that clean laundry is never cross-contaminated with soiled laundry. The Laundry Watch Commander, in turn, is responsible to adequately train inmate workers on the procedure, sanitation, and the use of personal protective equipment (PPE).

The policy requires all inmates to exchange soiled clothing and linen and strictly prohibits inmates from washing and drying clothing or linen contrary to the provisions of the General Order. Laundry is collected throughout the complex twice each week. Once cleaned, it is returned typically within the same shift from when it was collected. Living unit officers who observe clothing and linen being washed by inmates are expected to confiscate all such items and issue clean, dry clothing and linens and initiate an Inmate Disciplinary Report.

The Central laundry in Division V consists of five 150-lb Unimac washers and five 170-lb Unimac dryers. The Division III laundry consists of three Speed Queen 40 lb. washers and two 40 lb. dryers. Division IV has one washer and one dryer, not currently in use. The Division XVII laundry consists of one washer and one dryer and is used to wash all laundry from that division including uniforms and personals. The kitchen has one washer and one dryer. Laundry chemicals for all laundries are electronically dispensed including bleach, detergent, and sour through the automatic feed system.

Laundry chemicals used are currently purchased from Ecolab. They include Ecostar Builder C detergent, Ecostar Destainer (Bleach), and Ecostar Sour (a pH adjusting chemical) to prevent skin irritation and fabric browning. Safety Data Sheets (SDSs) for all laundry chemicals are up-to-date and readily available. Bins used to hold and transport soiled clothing from the divisions and clean clothing returned to the divisions are cleaned and disinfected with Clorox disinfecting wipes before clean laundry is placed in them at each laundry.

CCDOC has developed a documented monitoring system that tracks the amount of personal laundry sent to the laundry weekly; in essence monitoring how the division staff are performing and following the General Order for frequency of inmate personal clothing washing. The reports are provided at each Superintendent's accountability meeting each week. The laundry supervisor tracks and reports the amount by weight of laundry received from each division including linens, uniforms, and personal laundry. Division Superintendents are required to report laundry collections each week and include in their incident reports.

**Monitor's Assessment:**

In reviewing the laundry trend reports since September, 2013, inmate use of the laundry continues to increase steadily in all divisions except Division XIV, formerly referred to as Division III Annex. As inmates have observed that clothing is cleaned well and is returned on the same shift that is sent, they are sending more laundry to be cleaned. It is expected that this trend will continue. CCDOC's inmate culture for many years has been that personal laundry is often misplaced, lost, and never returned or if returned it is wet, and late and sometimes missing clothing. The use of the laundry loops has helped reassure inmates. It has been a significant challenge for officers, Sanitarians, and management to finally change the perception of laundry services. In time Division XIV will also see improvements. During this tour I visited the central laundry in Division V, and Division III. All were maintained clean and well organized and staffed with officers and inmate workers. Inmate workers were wearing appropriate PPE and following applicable procedures for handling soiled and clean clothing and linens. I observed laundry bins being disinfected before clean laundry was placed in them. Safety Data Sheets for all laundry chemicals were available. Cleaning chemicals were readily available and the dispensing systems were functioning as designed.

This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations at this time.

---

**84.** Sanitary Laundry Procedures

   **b.** CCDOC shall ensure that inmates are provided adequate clean clothing, underclothing and bedding, consistent with generally accepted correctional standards, and that the laundry exchange schedule provides consistent distribution and pickup service to all housing areas

---

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update**

As stated above, CCDOC General Order 24.11.3.0 was revised to reflect current practice and policy. The policy prohibits inmates from washing and drying clothing or linen other than through the central laundry. It requires Living Unit Officers to confiscate clothing or linens being washed by inmates and issuance of clean, dry clothing and/or linen and issuance of an Inmate Disciplinary Report.

The policy and practice require uniform, personal clothing and towel exchange be conducted twice each week, sheets once per week and blankets exchanged once per month. The laundry schedule is posted in each living unit, and each division is required to include in its weekly incident report specifically which living units did not receive linen exchange as required by the policy.

Male inmate personal laundry is taken to the central laundry in Division V. Female personal laundry is washed and dried in the Division III laundry. Laundry for females assigned to Women's Justice in
Page **53** of **63**

Division XVII is cleaned in that laundry.   Personal laundry is returned to the inmate on the same day during the same shift from which it was collected.  All laundry is washed using appropriate detergent and bleach through electronically dispensed to assure effective cleaning and disinfection.

**Monitor's Assessment:**

There is no change from the previous report. I observed the posted l

**84.** Sanitary Laundry Procedures

> **d.** CCDOC shall ensure that laundry delivery procedures protect inmates from exposure to communicable diseases by preventing clean laundry from coming into contact with dirty laundry or contaminated surfaces.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

### Status Update:

Clean inmate laundry is returned to the division from which it came in clean bins that are sanitized with a disinfecting bleach wipe before clean clothing, uniforms, bedding etc are placed in the carts. All carts are thoroughly wiped by laundry workers and allowed to air dry. There are designated areas within each laundry that separate dirty laundry bins from those that have been cleaned and sanitized. Designated tables in each laundry are only used to sort and fold clean laundry. The tables are cleaned and disinfected at the beginning and at the end of each shift.

### Monitor's Assessment:

There is no change from the previous report. During tours to selected laundries, I again observed inmate workers properly disinfecting laundry bins before clean laundry was place in them.

### Monitor's Recommendations:

1. None at this time.

---

**84.** Sanitary Laundry Procedures

> **e.** CCDOC shall require inmates to provide all clothing and linens for laundering and prohibit inmates from washing and drying laundry outside the formal procedures.

---

**MARCH, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

### Status Update:

General Order 24.11.3.0 specifically prohibits inmates from washing and drying clothing, towels, or linen other than through the designated CCDOC laundry. Further as discussed in Provision 84.a, living unit officers are required to confiscate any clothing or linen items being washed and replace them with clean dry clothing and/or linen. Inmate's uniform, personal clothing, linens and blankets are collected twice each week in each housing unit in every division as prominently posted in the unit.

Use of the CCDOC laundry system for uniforms, towels, linens, and blankets is for the most part universally accepted and practiced. There continue to be some inmates, who because of past culture continue to refuse to exchange even though CCDOC has posted easy to understand posters, schedules, and shown videos on televisions. CCDOC provides laundry loops for inmate personal clothing and assists inmates in their correct use to help assure that their clothing will not get lost. Personal laundry is

returned to the inmate typically on the same shift of the same day it was collected. CCDOC has also removed laundry soap from the commissary order form to preclude inmates from doing their own laundry.. As discussed in 84.a CCDOC continues to monitor by weight the amount of personals submitted.

## Monitor's Assessment:

The trend reports for measuring laundry use for personal laundry by inmates that provided during this tour clearly demonstrate continual significant improvement in inmate's use of the laundry for personal laundry. During tours of housing units, I continue to see less inmate personal clothing drying on bunks or in the showers. I observed in all divisions I visited on this tour and on the previous tour that in the same division most living unit officers are enforcing the policy. The culture is clearly changing for both the inmates and the officers. Sergeants and Lieutenants must continue to be vigilant in assuring housing unit officers are following the policy. I do not believe that CCDOC can ever get 100% compliance, but reports continue to demonstrate significant improvement over time.

## Monitor's Recommendations:

1. Continue to regularly monitor and track the use of the laundry and as discussed above include a discussion and expectations as regular agenda topic at Divisional Superintendent's accountability meetings. Division Superintendents must be responsible and accountable to continue reinforcing use of the laundry within their divisions.

2. Revise the inmate video on the established laundry process that explains the process for uniforms, linens, and personal laundry. The video can show that the schedule for inmate laundry pick-up is posted in each housing unit.

3. The inmate handbook and laundry policy, when finalized, needs to include the current rules and expectations that clearly state that washing and drying personal laundry and linens outside of the CCDOC laundry procedures is expressly prohibited and explain the public health reasons for it.

**85.** Food Service

    **a.** CCDOC shall ensure that all food service at the Facility is operated in a safe and hygienic manner and that foods are served and maintained at safe temperatures.

## OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE

## Status Update:

CCDOC provides meals to inmates through the use of a contracted service through two kitchens located in Division V and Division XI. They awarded the new contract to CBM Premier Management, who began providing food service at CCDOC in September, 2012. Most, if not all of the broken and/or unused equipment has been removed from both the Central and Division XI Kitchens. The Central Kitchen in Division V prepares and serves all cold breakfast and lunches for all divisions. Division XI kitchen is only

used to prepare and serve the hot meal for that division. The warewashing machines in both kitchens have been refurbished and function as designed. New hot food holding equipment and steamers used for cooking have been installed and are being used. Two large cookers have recently been installed and once the steam lines are connected will be operational.

CCDOC continues to provide one hot meal and two cold meals per day, as required by the State of Illinois Department of Corrections. They continue to provide meals from a menu that has been reviewed and approved as meeting the USDA dietary guidelines by a Registered Dietician. The menu continues on a four week cycle that repeats. CBM, along with a review by Cermak and CCDOC, provide medical diets including dental soft, clear liquid; full liquid, food hypersensitivity/allergies; pregnancy, nutrition support, 2400 calorie diet, and renal diet. Medical diet meals are only provided, when prescribed by Cermak medical staff. Religious diet meals provided include Kosher and Vegan. Religious meals may be ordered by CCDOC or social worker. However, detainees receiving medical and religious diet meals are limited in the selection of commissary foods they may purchase.

CBM maintains responsibility for sanitation and maintenance of all equipment. They have two maintenance technicians who work on a schedule that allows for weekend coverage as needed. Area and equipment cleaning and sanitation is done by inmate workers who are trained and supervised by CBM employees and CCDOC security staff.

CCDOC, along with CBM, continue to assess and make improvements to reduce the delivery time of transporting the food from the Central Kitchen to all divisions to assure that inmates receive safe hot food and cold food. When CCDOC reduced the number of medical and religious diet options, the time to sort meals once they are received in the divisions improved considerably. CCDOC Sanitarians regularly monitor and record food temperatures at the time of delivery to compare it with recorded temperatures taken as the food is placed in trays in the kitchens. As a result, the number of inmate grievances regarding temperature of hot meals has reduced to less than one per month. CCDOC Sanitarians, kitchen security officers and Superintendent Sean Julian meet weekly with CBM to review any grievances and address both operational and logistic issues. A meeting summary is produced following each meeting. It includes a running list of outstanding issues including resolutions.

CBM regularly measures and records food temperatures as food is placed in trays and as it leaves the kitchen to the divisions. Division staff also record food temperatures at delivery to the inmates.

Tool control in the kitchen is maintained by CCDOC security staff for kitchen sharps that have an edge or point such as dough cutters, probe thermometers, knives, etc. and by the contractor for kitchen utensils. All tools, along with all chemicals are routinely inventoried daily and there is a sign in/sign out log maintained in the control room for each kitchen.

CCDOC Sanitarians conduct unannounced inspections of both food service operations to assure that meals prepared are safe and that they are operated in accordance with Illinois Food Code regulations. They also review the regulatory inspections of both kitchens completed by the City of Chicago Health Department and meet with CBM to assure corrective actions are taken for all violations identified.

Page **57** of **63**

**Monitor's Assessment:**

CBM has and continues to work closely with CCDOC Support Services staff to identify and resolve issues related to food service. Inmate complaints and grievances are rare compared with data from previous tours. In interviewing inmates, the most frequently heard complaint is that they receive too little food and they lack variety. CBM conducts surveys with inmates and test new food options with them before adding it to the menu.

CBM recently

**Status Update:**

All CBM management employees are Certified Food Safety Managers through the accredited Serv-Safe program and documentation is maintained showing that "Food Manager Certification" certificates that are current. CBM has established written job descriptions for all employee positions that include responsibilities and tasks. CBM provides regular training to inmates using a check list that is signed by CBM staff and the inmate kitchen worker demonstrating that they have received and understand the food safety training pertaining to their assigned responsibilities. CCDOC Sanitarians developed an inmate training video that addresses health issues and personal hygiene that is shown to all potential inmate workers before they are assigned to work in the kitchens.

**Monitor's Assessment:**

There is no change since the previous report. The State of Illinois requires food service managers to successfully complete a "State" approved food manager certification program. CBM posts the Serv-Safe Food Manager Certification Certificates for those employees who have successfully completed the training in the employee break room. Of the approximately 57 positions shown on their staffing plan, 34 maintain valid Serv-Safe Certification.

This provision remains in substantial compliance.

**Monitor's Recommendations:**

1. None at this time.

**85. Food Service**

    c. CCDOC shall ensure that the Central Kitchen and Division XI kitchen are staffed with a
    sufficient number of appropriately supervised and trained personnel.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CBM maintains a staff of 57 full or part time employees with schedules to assure adequate coverage for all meals daily and including weekdays. They have a written food service staffing guide that outlines the starting and ending times for all employees. Their schedules are established to start as early as 2:30AM through 1:00AM depending on whether they are preparing meals for delivery, completing maintenance, sanitation, or receiving supplies. Additionally they utilize approximately 230 detainees scheduled over three, six to eight hour shifts just in the central kitchen to work in a variety of food service operations including preparation, filling meal trays, sanitation, warewashing, etc. Division XI inmate workers from that Division are assigned to work in that Division's kitchen to prepare and tray only the dinner hot meal. The contractor is responsible for training and supervising their employees and the inmate workers assigned to the kitchen. CCDOC provides inmate workers as needed. They also provide security officers for safety supervision of inmates and for tool control and staff to for transport and serve the

prepared meals to all divisions delivered either by transport truck or by carts utilizing the tunnels. CCDOC provides the security training of kitchen staff.

**Monitor's Assessment:**

There is no change from the previous report. My assessment including discussions with Support Services Superintendent and the Sanitarians demonstrated that CBM continues to maintain adequate number of qualified, trained and workforce at all times to assure timely preparation and service of meals to detainees. Regular weekly meetings between CCDOC Support Division including the staff sanitarians, security staff, CCDOC management and CBM leadership include discussions of adequate staffing as well as other issues. As reported in previous reports, CCDOC provides sufficient staff to adequately supervise the safety and security of inmates assigned to work in both kitchens and provide effective tool control. The provision remains in substantial compliance.

**Monitor's Recommendations:**

    **1.** None at this time.

**85. Food Service**

D. CCDOC shall ensure that dishes and utensils, food preparation and storage areas, and vehicles and containers used to transport food are appropriately cleaned and sanitized

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Equipment, utensils, and food preparation rooms, floors, walls, are maintained clean through shift and daily cleaning schedules established by CBM. They have also developed and implemented written cleaning procedures for all equipment in accordance with the equipment manufacturer's specifications and a cleaning checklist/log for both kitchens along with a daily and weekly cleaning schedule for each room and the equipment in the kitchens such as the meat/packing room, wet room, bakery/packing room, dock, dry storage areas. It identifies what is to be cleaned, the frequency and who is responsible for the cleaning. CBM trains, uses, and supervises inmate workers to clean and sanitize all areas identified on the cleaning schedule. Once completed, the supervisor initials the form and the records are maintained and are available for the Sanitarians to review during their inspections. The trays used for all meals are washed and sanitized after each meal and the cleaned trays are stored on appropriately designed racks that allow water to drain and the trays to dry between uses.

**Monitor's Assessment:**

There is no change from the previous report. Since CBM has been awarded the contract for food service, they have continued to maintain all food service areas, equipment and utensils exceptionally clean. The kitchens are maintained as a model for institutional food service facilities. This includes walk-in refrigerators, freezers, dry storage areas, food preparation and assembly rooms, warewashing,
Page **60** of **63**

carts used to transport food to the divisions and return soiled utensils back to the kitchens. Equipment no longer being used has been removed from the facility and much of the existing equipment has been refurbished and is maintained in a serviceable condition. Both inmate workers and employees understand the expectation for cleanliness and disinfection of surfaces. Management and supervisors expect and demand excellence from employees and inmate workers. Inmate workers are quickly replaced when they do not perform to expectations.

This provision remains in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**85. Food Service**

e. CCDOC shall check and record, on a regular basis, the temperatures in the refrigerators, coolers, walk-in refrigerators, the dishwasher water, and all other kitchen equipment with temperature monitors to ensure proper maintenance of food service equipment.

**OCTOBER, 2014 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The temperature monitoring and recording program implemented by CBM and monitored regularly by CCDOC Sanitarians demonstrates that this provision remains in substantial compliance. CBM has implemented an adequate monitoring program to measure, record, and maintains documentation for all refrigerators, freezers, and warewasher equipment. Logs of the temperature measurements are not only reviewed by CBM management, but also provided to the CCDOC Sanitarians weekly. Any required maintenance deemed necessary as a result of monitoring is completed by trained CBM maintenance workers. CCDOC Support Services Sanitarians, as well as regulatory inspectors continue to do independent monitoring of temperatures during their routine during unannounced inspections of both kitchens.

**Monitor's Assessment:**

There is no change from the previous report. I again reviewed temperature logs for several refrigerators and freezers in the central kitchen during this tour. Time did not allow a visit to the Division XI kitchen which continues to be used only for the hot meals served there. The monitoring logs were current, legible and reviewed by management.

This provision remains in substantial compliance.

**Monitor's Recommendations:**

1. **None at this time.**