UNITED STATES OF AMERICA,

       Plaintiff,

v.

COOK COUNTY, ILLINOIS;
THOMAS DART, COOK COUNTY
SHERIFF (in his official capacity);
TONI PRECKWINKLE, COOK COUNTY
BOARD PRESIDENT (in her official capacity);
COOK COUNTY BOARD OF
COMMISSIONERS  (in their official capacity),

       Defendants,

No. 10 cv 2946

Judge Virginia Kendall

---

# Monitor Harry E. Grenawitzke's Report No. 11
# April 14, 2016

---

Harry E. Grenawitzke, RS, MPH, DAAS
Grenawitzke & Associates, LLC
50 Sheridan Drive
Monroe, MI  48162
E-mail: harry.grenawitzke@gmail.com

# Executive Summary

## March 7-9, 2016

This report summarizes the findings from the 11th tour of CCDOC. As in all previous tours the purpose was to observe evidence of compliance and progress made in accordance with the provisions of the Consent Agreement between the US Department of Justice Civil Rights Division and Cook County. During the previous tour all 39 provisions were found to be "substantially compliant" with the Agreement. As a result the focus of the visit changes as CCDOC now is required to demonstrate sustainability with all of the provisions.

Judge Virginia Kendall, Judge of the Northern District of Illinois, Eastern Division concluded several provisions for which the Cook County Department of Facilities Management DFM) were responsible to demonstrate compliance. While the concluding order did not include the provisions specifically, the Monitor identified eight provisions with DFM responsibility as F.73, F-74, F-77, F-80, G-83a, G-83d, G-83e and G-83 k. As a result, the Monitor did not include them in this tour. Further two provisions for which DFM assumed responsibility for compliance include provision C-53.e which required "Cermak shall ensure that the negative pressure and ventilation systems function properly. Following CDEC guidelines, Cermak shall test daily for rooms that are in-use and monthly for rooms not currently in use. Cermak shall document such testing." DFM accepted responsibility and has and continues to monitor these negative pressure rooms since January, 2013. Provision G-83g states, "Cook County shall ensure adequate lighting in all inmate housing and work areas." DFM assumed the responsibility demonstrate compliance. As stated in previous reports, DFM completed a replacement of all the deficient lighting throughout the CCDOC housing and work areas as part of a capital project in 2013. Because DFM complied with the Agreement and because of the length of time for which they were found to be "substantially compliant", the Monitor considered these two additional provisions

as having "demonstrated sustainable and did not monitor them as part of this tour.

Demonstrating sustainability with the provisions can be a both a challenging and rewarding process. CCDOC is well into a process of developing and implementing an internal auditing system to measure staff accountability for appropriately implementing general orders and procedures. They are commended for developing Policy 2276, Internal Audit, the purpose of which is to provide a guideline for documenting that all Cook County Sheriff's Office policies and procedures relative to jail operations followed. They have completed an audit of the laundry unit process and were finishing an audit of the emergency key control. CCDOC completed an internal auditing training course for 30 staff and are planning a second course for late spring. The auditing policy requires staff accountability to determine root cause of all non-conformities identified and a documented corrective action plan and formal close out, once completed.

Similarly, Cermak is in the development stage to create an audit platform for its services. The initial focus will be on their environmental services. The Monitor will continue to review progress during future tours. They also plan to conduct internal audit training for designated staff.

Separate, but related starting in January, 2016 Cook County Sheriff's Office is continuing to overhaul department policies and procedures for the Department of Corrections by the Office of Policy and Accountability. Hey are using Lexipol, a risk management firm to assure policies and procedures developed meet industry standards and are implemented practically and effectively. The project is expected to be completed in 18 months. Included will be "Daily Training Bulletins" to keep employees abreast of policy and procedure updates and continue employee compliance.

For this tour the Monitor assesses implementation of policies and procedures established to address the fire and life safety and environmental health provisions

for Cook County Department of Corrections (CCDOC) and Cermak Medical and Mental Health Facilities (Cermak). As part of the tours I interviewed inmates in all divisions visited, correction staff, supervisors, division superintendents, Support Services staff, maintenance personnel, and leadership and staff of Cermak. The results of the tours and responses from conversations provide the information included in this report. The divisions assessed include Divisions IV, VI, VIII, and Cermak. All provisions remained "substantially compliant." Only two of the 30 remaining provisions (G-83.b and G-83.i) have not yet demonstrated substantial compliance for 18 months as required in the agreement.

Significant progress and improvements highlighted in the report include:

1. Continued reduction of detainees to less than 9000.

2. Closing Divisions I, III, XVII and relocating detainees.

3. Re-opening Division IV after extensive repairs.

4. Continued improvement in sanitation in most divisions;

5. Implementations of the policy to assure detainees have ready access to hygiene items.

6. Continued significant reduction in the maintenance backlog for all work orders, but specifically plumbing and electrical;

7. Development of internal auditing process for CCDOC.

8. Improved use of the CCDOC laundry for inmate personal clothing.

9. Significant improvement in maintaining shower facilities in Division VIII clean.

10. Improved assessment of fire drills and fire investigations designed to improve training and assess staff competency.

11. Continued improvement in DFM response to work order requests. Several CCDOC housing staff remarked that the response and resolution time is much shorter than in previous years.

As of the completion of this tour, all 39 provisions of the Consent Agreement are now deemed to be "substantially compliant." Congratulations. This could not have happened without the dedicated commitment and leadership displayed by management and staff of all three entities. I want to extend my appreciation to the leadership and staff of CCDOC, DFM, and Cermak for their commitment, dedication, support and time to provide countless documentation prior to and after the tour. The cooperation and willingness of Nneka Jones Tapia, and Matthew Burke, and their staff at CCDOC; Bilqis Jacob-El and staff from DFM; and Chris Wurth from Cermak to share their ideas and suggestions for improvement are clearly recognized. I also want to recognize Sheriff Thomas Dart for his leadership to establish the expectation to continually assess and improve the conditions of confinement at CCDOC.

As always I remain available to assist staff as necessary

Sincerely,

*Harry E. Grenawitzke*, RS, MPH, DAAS
Monitor for Fire, Life Safety and Environmental Health

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| **C.** | **Medical Care** | | | |
| **C. 53** | **Treatment and Management of Communicable Disease** | | | |
| C. 53e | Cermak shall ensure that the negative pressure and ventilation systems function properly. Following CDC guidelines, Cermak shall test daily for rooms in-use and monthly for rooms not currently in-use. Cermak shall document results of such testing. | 3/11 8/11 12/11 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 7/12 | |
| C. 53f | Cermak shall notify DFM, in a timely manner, of routine and emergency maintenance needs, including plumbing, lighting and ventilation problems. | 7/12 2/13 9/13 3/14 10/14 4/15 3/16 | 3/11 8/11 12/11 | 9/10 |
| **F.** | **Fire and Life Safety** | | | |
| F. 71 | CCDOC and DFM shall work together to develop and implement a fire safety program and ensure compliance is appropriately documented. The initial Fire Safety Plan shall be approved by the fire prevention authority having jurisdiction. The Fire Safety Plan shall be reviewed thereafter by the appropriate fire prevention authority at least every two years, or within six months of any revisions to the plan, whichever is sooner. Fire safety and emergency procedures shall be standardized across divisions, to the extent possible given differences in physical plant and security levels. | 12/11 7/12 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 | |
| F. 72 | CCDOC shall develop and implement an evacuation plan for inmates and staff and ensure that comprehensive fire drills are conducted | 12/11 7/12 | Not Assessed | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| | every three months on each shift. CCDOC shall document these drills, including start and stop times and the number and location of inmates who were moved as part of the drills. | 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 | |
| F. 73 | DFM shall ensure that the Facility has adequate fire and life safety equipment, including installation and maintenance of fire alarms and smoke detectors in all housing areas according to applicable fire codes. Maintenance and storage areas shall be equipped with sprinklers or fire resistant enclosures in accordance with City of Chicago Fire Code (13-76-010).<br><br>**CONCLUDED BY ORDER OF JUDGE KENDALL 6/22/15** | | | |
| F. 74 | DFM shall ensure that all fire and life safety equipment is properly maintained and routinely inspected. DFM shall develop and implement a program related to the testing, maintenance and inspection of the Life Safety Equipment.<br><br>**CONCLUDED BY ORDER OF JUDGE KENDALL 6/22/15** | | | |
| F. 75 | CCDOC shall continue to ensure that emergency keys are appropriately marked and identifiable by touch and consistently stored in a quickly accessible location, and that staff are adequately trained in use of the emergency keys. | 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 12/11 7/12 | |
| F. 76 | CCDOC shall ensure that staff are able to manually unlock all doors (without use of the manual override in the event of an emergency in which the manual override is broken), including in the event of a power outage or smoke buildup where visual examination of keys is generally impossible. CCDOC shall conduct and document random audits to test staff proficiency in performing this task on all shifts, a minimum of three times per year. CCDOC shall conduct regular security inspections of all locking mechanisms. CCDOC shall | 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 12/11 7/12 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| | communicate with DFM via the Work Order System regarding lock-related issues and maintenance. | | | |
| F. 77 | DFM shall develop and implement an annual preventative maintenance program concerning security devices such as doors locks, fire and smoke barrier doors, and manual unlocking mechanisms to ensure these devices function properly in the event of an emergency.<br><br>**CONCLUDED BY ORDER OF JUDGE KENDALL 6/22/15** | | | |
| F. 78 | CCDOC shall implement competency-based testing for staff regarding fire and emergency procedures. | 8/11<br>12/11<br>7/12<br>2/13<br>9/13<br>3/14<br>10/14<br>4/15<br>3/16 | Not assessed<br>9/10<br>X3/11 | |
| F. 79 | CCDOC shall promptly notify DFM of all electrical hazards, including maintenance and repair of electrical outlets, devices, and exposed electrical wires. | 7/12<br>2/13<br>9/13<br>3/14<br>10/14<br>4/15<br>3/16 | 9/10<br>3/11<br>8/11<br>12/11 | |
| F. 80 | DFM shall promptly repair all known electrical hazards, including maintenance and repair of electrical outlets, devices, and exposed electrical wires and will document repairs by the Work Order System.<br><br>**CONCLUDED BY ORDER OF JUDGE KENDALL 6/22/15** | | | |
| F. 81 | CCDOC shall ensure that combustibles are controlled and eliminate hi8ghly flammable materials throughout the facility and inmate living areas (e.g., inmates 'use of paper bags as trash receptacles, | 9/13<br>3/14<br>10/14 | 3/11<br>8/11<br>12/11 | 9/10 |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| | ripped fire-retardant mattress covers, improvised cell light covers, blankets on cell floors, and improperly stored and labeled flammable liquids and other chemicals). | 4/15 3/16 | 7/12 2/13 | |
| F. 82 | CCDOC shall ensure that fire safety officers are trained in fire safety and have knowledge in basic housekeeping, emergency preparedness, basic applicable codes, and use of fire extinguishers and other emergency equipment. | 7/12 2/13 9/13 3/14 10/14 4/15 3/16 | Not Assessed 9/10 3/11 8/11 | |
| G | SANITATION AND ENVIRONMENTAL CONDITIONS | | | |
| G. 83 | Sanitation and Maintenance of Facilities | | | |
| G. 83a | DFM shall maintain an adequate written staffing plan and sufficient staffing levels to provide for adequate maintenance of the Facility.  CONCLUDED BY ORDER OF JUDGE KENDALL 6/22/15 | | | |
| G. 83b | CCDOC shall revise and implement written housekeeping and sanitation plans to ensure the proper routine cleaning of housing, shower, and medical areas, in accordance with generally accepted correctional standards. Such policies should include oversight and supervision, including meaningful inspection processes and documentation, as well as establish routine cleaning requirements for toilets, showers, and housing units. | 4/15 3/16 | 9/10 3/11 8/11 12/11 7/12 2/13 9/13 3/14 10/14 | |
| G.83c | DFM shall implement a preventive maintenance plan to respond to routine and emergency maintenance needs, including ensuring that shower, toilet, and sink units are adequately maintained and installed.  CONCLUDED BY ORDER OF JUDGE KENDALL 6/22/15 | | | |
| G. 83d | CCDOC shall notify DFM, in a timely manner, of routine and | 7/12 | 8/11 | 9/10 |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| | emergency maintenance needs, including plumbing, lighting, and ventilation problems. | 2/13 9/13 3/14 10/14 4/15 3/16 | 12/11 | 3/11 |
| G.83e | DFM shall ensure adequate ventilation throughout the Facility to ensure that inmates receive an adequate supply of air flow and reasonable levels of heating and cooling. DFM staff shall review and assess compliance with this requirement on a daily basis for automated systems and on and annual basis for non-automated systems.<br><br>**CONCLUDED BY ORDER OF JUDGE KENDALL 6/22/15** | | | |
| G. 83f | CCDOC shall notify DFM of any visible obstructions to the ventilation system. | 7/12 2/13 9/13 3/14 10/14 4/15 3/16 | 3/11 8/11 12/11 | 9/10 |
| G. 83g | Cook County shall ensure adequate lighting in all inmate housing and work areas. | 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 12/11 7/12 | |
| G. 83h | CCDOC shall ensure adequate pest control throughout the housing units, medical units, RCDC, RTU, and food storage areas. CCDOC shall maintain a contract for professional exterminator services for each division, food services areas, and the Cermak hospital. Services should provide for routine pest control spraying and additional spraying as needed. | 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 X12/11 X 7/12 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| G. 83i | CCDOC shall ensure that all inmates have access to needed hygiene supplies. | 4/15 3/16 | Not Assessed 9/10 or 3/11 8/11 12/11 7/12 2/13 9/13 3/14 10/14 | |
| G. 83j | CCDOC shall develop and implement policies and procedures for cleaning, handling, storing, and disposing of biohazardous materials, in accordance with generally accepted correction standards. CCDOC shall ensure that any inmate or staff utilized to clean a biohazardous area are properly trained in universal precautions, are outfitted with protective materials, and receive proper supervision when cleaning a biohazardous area. | 2/13 9/13 3/14 10/14 4/15 3/16 | Not Assessed 9/10 3/11 8/11 12/11 7/12 | |
| G. 83k | DFM shall develop a policy on hazardous materials, in accordance with generally accepted correctional standards, and insure that all DFM staff is properly trained on the procedure. **CONCLUDED BY ORDER OF JUDGE KENDALL 6/22/15** | | | |
| G. 83l | CCDOC shall provide and ensure the use of cleaning chemicals that sufficiently destroy the pathogens and organisms in biohazard spills. | 8/11 12/11 7/12 2/13 9/13 3/14 10/14 4/15 3/16 | Not Assessed 9/10 3/11 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| G. 83m | CCDOC shall inspect and replace as often as needed all frayed and cracked mattresses. CCDOC shall destroy any mattress that cannot be sanitized sufficiently to kill any possible bacteria. CCDOC shall ensure that mattresses are properly sanitized between uses. | 8/11 2/11 7/12 2/13 9/13 10/14 4/15 3/16 | 3/11 | 9/10 |
| G. 83n | CCDOC shall ensure adequate control and observation of all housing units, including distribution and collection of razors and cleaning supplies. All cleaning tools and hazardous chemical shall be removed from housing areas after use. | 8/11 12/11 7/12 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 | |
| G. 83o | CCDOC shall ensure that Facility sanitarians receive training from a relevant state, national, or professional association with emphasis on assessment of environmental health practices and emerging environmental issues in correctional settings. Facility sanitarians should also have training on and access to testing equipment to ensure sanitary conditions. | 12/11 7/12 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 | |
| G. 84 | **Sanitary Laundry Procedures** | | | |
| G. 84a | CCDOC shall develop and implement policies and procedures for laundry procedures to protect inmates from risk of exposure to communicable disease, in accordance with generally accepted correctional standards. To limit the spread of communicable disease, CCDOC shall ensure that clothing and linens returned from off-site laundry facility are clean, sanitized, and dry. | 8/11 12/11 7/12 2/13 9/13 3/14 10/14 | 9/10 3/11 | |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---|---|---|---|---|
| | | 4/15 3/16 | | |
| G. 84b | CCDOC shall ensure that inmates are provided adequate clean clothing, underclothing and bedding, consistent with generally accepted correctional standards, and that the laundry exchange schedule provides consistent distribution and pickup service to all housing areas. | 3/14 10/14 4/15 3/16 | 3/11 8/11 12/11 7/12 2/13 9/13 | 9/10 |
| G. 84c | CCDOC shall train staff and educate inmates regarding laundry sanitation policies. | 3/14 10/14 4/15 3/16 | 8/11 12/11 7/12 2/13 9/13 | 9/10 3/11 |
| G. 84d | CCDOC shall ensure that laundry delivery procedures protect inmates from exposure to communicable diseases by preventing clean laundry from coming into contact with dirty laundry or contaminated surfaces. | 12/11 7/12 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 | |
| G. 84e | CCDOC shall require inmates to provide all clothing and linens for laundering and prohibit inmates from washing and drying laundry outside the formal procedures. (* In the Monitor Report #V dated July 20, 2012; this provision was inadvertently recorded "substantial compliance." The provision should have been recorded "partial compliance.") | 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 12/11 7/12* 2/13 | |
| **G. 85** | **Food Service** | | | |
| G. 85a | CCDOC shall ensure that all food service at the Facility is operated in a safe and hygienic manner and that foods are served and | 9/13 3/14 | 3/11 8/11 | 9/10 |

| Section | Language | Substantial Compliance | Partial Compliance | Non-compliance |
|---------|----------|------------------------|--------------------|----------------|
| | maintained at safe temperatures. | 10/14 4/15 3/16 | 12/11 7/12 2/13 | |
| G. 85b | CCDOC shall ensure that all food service staff, including inmate staff, must be trained in food service operations, safe food handling procedures, and appropriate sanitation. | 7/12 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 12/11 | |
| G. 85c | CCDOC shall ensure that the Central Kitchen and Division XI kitchen are staffed with a sufficient number of appropriately supervised and trained personnel. | 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 12/11 7/12 | |
| G. 85d | CCDOC shall ensure that dishes and utensils, food preparation and storage areas, and vehicles and containers used to transport food are appropriately cleaned and sanitized. | 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 12/11 7/12 | |
| G. 85e | CCDOC shall check and record, on a regular basis, the temperatures in the refrigerators, coolers, walk-in-refrigerators, the dishwasher water, and all other kitchen equipment with temperature monitors to ensure proper maintenance of food service equipment. | 7/12 2/13 9/13 3/14 10/14 4/15 3/16 | 9/10 3/11 8/11 12/11 | |

**STATUS REPORT**

PROVISION: C. MEDICAL CARE

**53.** Treatment and Management of Communicable Disease

e. Cermak shall ensure that the negative pressure and ventilation systems function properly. Following CDC guidelines, Cermak shall test daily for rooms in-use and monthly for rooms not currently in-use. Cermak shall document results of such testing.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Since July, 2012 the Department of Facilities Management (DFM) continues to monitor and record the results of the negative pressure testing for the 18 isolation cells located on the third floor (3-E) of Cermak, along with the enunciator panel once each shift. The records are maintained in the DFM office located in the Cook County Courthouse. Work orders are submitted and appropriate repairs anytime monitoring demonstrates non-compliance. Occupational and Environmental Hygiene Services at the Great Lakes Center for Occupational and Environmental Safety and Health at the University of Illinois, Chicago, conducts a full testing of the ventilation system annually. Copies of those reports are provided to the Chief Medical Officer of Cermak.

**Monitor's Assessment:** There is no change from the previous report. The pressure monitoring by DFM is included in their Preventative Maintenance Schedule. This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**PROVISION: C. MEDICAL CARE**

**53.** Treatment and Management of Communicable Disease

f. Cermak shall notify DFM, in a timely manner, of routine and emergency maintenance needs, including plumbing, lighting and ventilation problems.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Cermak submits work order requests through the "Facility Wizard" work order system utilized by DFM for both emergency and routine repairs as well as scheduled maintenance. Cermak's Environmental Services Director or Assistant Director of Plant Operations/Environmental Services are trained and authorized to enter work order requests to DFM electronically. Since 2012 they have the capability to review the status of all Cermak's work orders at any time using the online database.

**Monitor's Assessment:**

Cermak's Environmental Services Director resigned in February, 2016 and Cermak is in the process of selecting his replacement. Cermak, along with CCDOC Sanitarian and DFM continue to do monthly environmental rounds throughout Cermak infirmary and the division specific clinics. The inspections along with staff requests have significantly improve and assure timely submission of work order requests. Management staff at Cermak report excellent response by DFM to quickly respond and resolve maintenance issues.

Cermak management is beginning a process to establish a formal internal auditing process for all environmental services. Internal audit training is expected to be completed in April, 2016.

**Monitor's Recommendations:**

1. Establish and implement an ongoing internal audit policy and procedures that includes identification and regular monitoring of work orders to assure timely response to assure sustainability of the provision.

2. Submit audit reports to the Monitor for review once audits are implemented.

**PROVISION: F. FIRE AND LIFE SAFETY**

**71.** CCDOC and DFM shall work together to develop and implement a fire safety program and ensure compliance is appropriately documented. The initial Fire Safety Plan shall be approved by the fire prevention authority having jurisdiction. The Fire Safety Plan shall be reviewed thereafter by the appropriate fire prevention authority at least every two years, or within six months of any revisions to the plan, whichever is sooner. Fire safety and emergency procedures shall be standardized across divisions, to the extent possible given differences in physical plant and security levels.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The Interagency Committee consisting of the Directors of CCDOC, DFM, and Cermak created the Fire Safety Committee (FSC) in August, 2010 They meet monthly to review and assess the fire safety and prevention systems including drill videos and reports and make improvements as needed. The program is documented in accordance with the provisions of the consent agreement. The Fire Safety committee consists of representatives from the Office of the Sheriff, CCDOC, Cermak Health Services, and DFM. Each division within CCDOC has a documented "Fire Safety and Emergency Plan" which includes a detailed emergency evacuation procedure. The plans are reviewed biannually by the City of Chicago Fire Department. Annually the City of Chicago fire safety inspectors complete an inspection of CCDOC. Scheduled, unannounced fire drills are conducted regularly on all shifts for all divisions. When available, an inspector from the Fire Prevention Bureau, along with the responding fire station firefighters participates as part of their response training.

CCDOC, DFM, and Cermak issued the Interagency Directive, 64.5.30.0, effective August 22, 2011 that establishes the policy and procedures for Fire Safety Plans, fire emergency response, and evacuations within CCDOC. The Directive establishes the respective roles and responsibilities for CCDOC, Cermak, and DFM relating to Fire Safety Plans, emergencies and evacuations. CCDOC has a designated fire safety administrator and fire safety officer position and each division has designated trained safety officers assigned for each shift including weekends and holidays. Fire Safety Training is provided as part of initial correction officer orientation program at the Training Institute located in Moraine Valley Community College. These classes are taught by Deputy Director Cook County Sheriff's Office, Training Institute, who also chairs the interagency Fire Safety Committee.

The Fire Safety Interagency Agreement requires divisional Safety Officers to conduct weekly fire safety inspections of all housing, administrative, medical clinics, storerooms, maintenance rooms, classrooms, and common areas within their respective divisions. Living Unit Officers or Post Officers, as appropriate are to conduct documented inspections on the 2300 -0700 shift and record findings on the Living Unit Inspection Form. CCDOC General Order 24.11.1.0 was revised to require these inspections. General Order 24.11.1.1 was issued on October, 3, 2014

**Monitor's Assessment:**

Interagency Directive 64.5.30.0 is presently under review by the Fire Safety Committee as part of a recently initiated Lexipol policy and procedure initiative for Corrections. A presentation of the initiative was provided during the tour. The Fire Safety Committee continues to provide summaries of its meetings that include investigation reports of all fires and fire drill reports.

The meeting summaries have improved significantly and include objectives for the meeting, thorough discussion of the items, old and new business. CCDOC provided meeting summaries for Dec 17,2015, Jan. 21, Feb.18, and March 1, 2016.

CCDOC provided correspondence dated January 11, 2016 for the annual review and acceptance of the CCDOC fire evacuation and emergency plans. They also provided correspondence dated January 11, 2016 of the most recent inspection by the Chicago Fire Department.

As recommended at the previous tour, the Fire Safety Committee is now conducting formal reviews of all fire investigations. The reviews have resulted in corrective action initiatives to eliminate ignition sources by covering all electrical outlets with Plexiglas, eliminating Styrofoam trays and aluminum juice lids used to trigger a spark to a toilet paper wick.

While there will always be recommendations to continue improving the fire safety and prevention system, the provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. Continue investigating all fires and fire drills to identify procedural or necessary training improvements.

2. Assure that Cermak management is represented on the Interagency Fire Safety Committee that can contribute to assure both patients and staff issues are addressed.

3. Complete the revision process for the Interagency Directive for Fire Safety, Fire Emergency, and Fire Evacuation 64.5.30.0 to assure that they reflect current operations, regulations, and practice. The review needs to be completed at least every two years in accordance with the consent agreement.

**72.** CCDOC shall develop and implement an evacuation plan for inmates and staff and ensure that comprehensive fire drills are conducted every three months on each shift. CCDOC shall document these drills, including start and stop times and the number and location of inmates who were moved as part of the drills.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Based on the correspondence referenced in Provision 71 above, division specific Fire Safety and Emergency Plans that include detailed evacuation plans are complete and have been reviewed by the Chicago Fire Department. The Interagency Fire Safety Committee reviews these plans, along with the division safety officers to assure they remain current. The Fire Safety Committee

has implemented a division specific fire evacuation and emergency key egress box training program to assure that when officers are assigned to a specific division, they are adequately trained in that division's emergency egress key location, response and evacuation procedures.

While the Consent Agreement is not specific as to whether the drill frequency is for the entire complex or within each division, CCDOC conducts one fire drill per month on each shift that includes the movement of inmates for each division. Extinguishers are brought to the drill locations. Videos are available for all fire drills. Written reports are completed and reviewed for non-conformities and corrective action taken including retraining following the drills. This provision continues to be substantially compliant.

**Monitor's Assessment:**

I did not witness any fire drills during the tour. However, prior to the tour, CCDOC provided a summary of all drills that included the incident report number, date, time, location, and the number of inmates/staff movements made. They also provided a drill analysis of drills conducted in January, 2016, along with copies of the incident reports and assessments. The reports and analysis are substantially improved from the previous tour. The reports highlight non-conformities and the corrective actions to address the cause(s) of the issue.

The Fire Safety Committee is also reviewing all fire investigations including photographs and developing corrective actions based on the review. An example provided was that staff will now account for all milk cartons received and returned in their tier log books.

**Monitor's Recommendations:**

1. Continue to analyze fire drill videos, reports and summaries. Provide the Monitor with those each month.

**73.** DFM shall ensure that the Facility has adequate fire and life safety equipment, including installation and maintenance of fire alarms and smoke detectors in all housing areas according to applicable fire codes. Maintenance and storage areas shall be equipped with sprinklers or fire resistant enclosures in accordance with City of Chicago Fire Code (13-76-010).

6/22/15 Concluded by Order of Judge Kendall

**74.** DFM shall ensure that all fire and life safety equipment is properly maintained and routinely inspected. DFM shall develop and implement a program related to the testing, maintenance and inspection of the Life Safety Equipment.

6/22/15 Concluded by Order of Judge Kendall

**75.** CCDOC shall continue to ensure that emergency keys are appropriately marked and identifiable by touch and consistently stored in a quickly accessible location, and that staff are adequately trained in use of the emergency keys.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The Security and Key Control Interagency Directive was issued effective January 1, 2012. It requires that each Division have a "red" emergency key access box located in the control room. That box contains the key that opens a second box containing all emergency keys for all housing unit doors. The key box is locked and has a security seal that has to be broken to gain access. The policy further requires that any time the seal is broken, including during an emergency, the Watch Commander be notified, an incident report written, and an email sent to the Fire Safety Officer to replace the seal. Only a member of the Fire Safety Committee can re-seal the box.

All emergency egress keys are color coded and have a two inch glow stick attached to the key ring. Restricted keys are those specifically assigned to designated personnel with the authority of the respective division superintendent or DFM's Deputy Director/OEIV. These keys are color coded differently than the egress keys. General keys are specifically designated keys for everyday use including the library, classrooms, recreation rooms, etc., and are also color coded. Emergency access keys for Divisions II, IV, V and VI are housed in the Superintendent's office in Division VI. Emergency keys for Divisions VIII, IX, and X are housed in the Superintendent's office in Division IX. Emergency access keys for Division XI o are maintained in the Superintendent's office there.

The Fire Safety Officer is investigating a color identification code as an addition to the glow sticks.

**Monitor's Assessment:**

CCDOC reported that the DFM emergency access boxes are currently not able to be locked. DFM is investigating eliminating these boxes and maintaining emergency keys to their shops in the same emergency key box as DFM keys. Accessing emergency keys is included in fire drills. Emergency key training is included in the new officer orientation program. CCDOC has developed an Egress Key Exercise for all correction officers. This is anticipated to be completed by March 16, 2016. One sign-in sheet acknowledges they have completed the exercise on the listed date. The provision continues to be substantially compliant.

**Monitor's Recommendations:**

1. Establish as part of the fire safety plan a process to at least annually test all emergency keys to assure they can open the corresponding locks.

2. Resolve the storage issue of DFM maintenance shop emergency keys.

**76.** CCDOC shall ensure that staff are able to manually unlock all doors (without use of the manual override in the event of an emergency in which the manual override is broken), including in the event of a power outage or smoke buildup where visual examination of keys is generally impossible. CCDOC shall conduct and document random audits to test staff proficiency in performing this task on all shifts, at a minimum of three times per year. CCDOC shall conduct regular security inspections of all locking mechanisms. CCDOC shall communicate with DFM via the Work Order System regarding lock-related issues and maintenance.

March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE

**Status Update:**

Emergency keys for each division are stored in a secure control room. All keys have been equipped with glow sticks that to allow staff to easily identify a specific key in the case where vision is impaired because of smoke or fire. The Fire Safety Committee explained that on every shift, the officer assigned to the unit or tier inspects all locking mechanisms and reports any issues through the DFM work order system. The Fire Safety Committee has implemented an "Egress Key Exercise for each Division on all shifts by all personnel. Egress key accessibility and process are also included as part of the routine unannounced fire drills as described above. The provision continues to be substantially compliant.

**Monitor's Assessment:**

CCDOC provided a "Damaged Lock Work Order Log" for January, 2016 identifying 54 damaged locks including malfunctioning lock alerts on the control panel in central control. Work order requests were filed. All but 8 had been completed within 2-4 days upon receipt. There were 25 unsecure lock alerts on the control panels from Division XI. Testing of locks is documented are the fire drill reports.

**Monitor's Recommendations:**

1. Continue testing the egress key exercise for all divisions during fire drills.

2. Provide evidence that the testing of door locks and what to do if a lock fails is included on the correction officer's training syllabus.

**77.** DFM shall develop and implement an annual preventative maintenance program concerning security devices such as doors locks, fire and smoke barrier doors, and manual unlocking mechanisms to ensure these devices function properly in the event of an emergency.

**6/22/15 Concluded by Order of Judge Kendall**

**78.** CCDOC shall implement competency-based testing for staff regarding fire and emergency procedures.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Interagency Directive 64.5.30.0, Fire Safety, Fire Emergency, And Fire Evacuation requires training of sanitation/safety officers at least annually by or with the approval of the Bureau of Training and Education. CCDOC General Order 24.11.1.0 likewise establishes 4-hour annual training of sanitation officers. CCDOC through the Interagency Fire Safety Committee has implemented the competency based safety officer proficiency examination for all safety officers. There are currently two versions of the test that can be alternated between classes or trainings. The Directive specifically requires fire safety orientation for correction officers during the annual training program in accordance with the current CCDOC General Order. CCDOC has issued division specific Orientation Handbooks. It is the responsibility for all CCDOC staff to fully understand expectations and responsibilities for a variety of fire safety and sanitation topics. It includes sections on Safety and Sanitation Inspections of Living Units (General Order #24.9.9.0), Fire Safety (Interagency Directive 64.5.30.0), Egress Keys, Chain of Command, Inmate Count Procedures, and Compound Lockdown Levels  Each division has a unique written test for officers to complete after reviewing the divisional handbook.

**Monitor's Assessment:**

The competency based fire and emergency evacuation safety officer proficiency exam was initiated in August, 2011. The passing score for the exam is 80%. At this tour CCDOC stated that 2016 training will start in March. The provision is substantially compliant. CCDOC provided the Monitor with Power Point presentations for "Fire Safety Training for Supervisors", and "Fire Safety Training" for staff. The presentations are thorough, well organized, and follow the provisions of the General Order for Fire Safety. CCDOC also provided a copy of the proficiency exam.

**Monitor's Recommendations:**

1. Continue training and testing until all divisional safety officers for all shifts have completed the training and demonstrated their competency. Provide the Monitor with evidence of training prior to the next tour.

2. Establish a course syllabus (topic outline) for each division's training program and identify the designated trainer responsible providing the training.

**79.** CCDOC shall promptly notify DFM of all electrical hazards, including maintenance and repair of electrical outlets, devices, and exposed electrical wires.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC maintains written procedures for prompt submittal of requests for all work orders requiring maintenance, including electrical hazards. Specifically for electrical hazards, both DFM and CCDOC monitor and review the backlog weekly. CCDOC is fully integrated with the DFM "Facility Wizard" work order system. CCDOC uses a "Electrical Hazard Work Order" tracking log.

**Monitor's Assessment:**

There is no change from the previous report. During this tour, the Monitor toured the Central Kitchen, housing units in Divisions IV, VI, and VIII. No electrical hazards were observed. CCDOC provided copies of the "Electrical Hazard Work Order Log" for January (6 exposed wires) and February 10 exposed wires). Since the replacement lighting project, the number of work orders for exposed wires and broken fixtures has dropped significantly primarily because inmates can no longer tamper with the fixtures. Fire investigations identified inmates were using the aluminum foil lids from applesauce to create a spark from plugs serving televisions in the housing units. CCDOC is covering them with Plexiglas to reduce access. The provision is substantially compliant.

**Monitor's Recommendations:**

1. No further recommendations.

**6/22/15 Concluded by Order of Judge Kendall**

**81.** CCDOC shall ensure that combustibles are controlled and eliminate highly flammable materials throughout the facility and inmate living areas (e.g., inmates' use of paper bags as

trash receptacles, ripped fire-retardant mattress covers, improvised cell light covers, blankets on cell floors, and improperly stored and labeled flammable liquids and other chemicals

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

General Order 24.11.1.1 "Sanitation, Fire Health and Life Safety Plans and Reporting" is the CCDOC Master Sanitation Plan. Division specific sanitation plans are revised as appropriate to the General Order. The replacement program for new lighting fixtures has also eliminated inmate's ability to use milk cartons to cover incandescent bulbs.

Inmates are required to maintain all personal belongings and commissary in their personal property bags. Inmates housed in cells are permitted one paper bag per person for trash from commissary that is required to be emptied daily.

CCDOC has developed a "Combustible Material Awareness" PowerPoint presentation to train correction officers that includes photographs of combustibles found during fire investigations.

DFM controls the storage of flammables in their shops by maintaining them in designated secure fire resistant cabinets. As discussed in Provision 73, DFM has completed the color-coded map and inventory of all flammable and hazardous chemicals and provided it to CCDOC division safety officers and Safety Administrator. So within each division, there is an up-to-date inventory of all flammables being stored in that specific division. The inventory is maintained by DFM and is readily available to first responders in case of an emergency.

**Monitor's Assessment:**

Housing units in Divisions IV, VI, and VIII, assessed during this tour. In Division IV inmates were maintaining an excess of flammable materials in the cells including reading material and paper bags. Inmates were not storing personal belongings in their personal storage bags. This was corrected the next day. Consistent enforcement from tier officers and supervisors to limit the amount of flammable materials within the cells is paramount.

**Monitor's Recommendations:**

1. Continue enforcement by the tier officer and supervisors to allow <u>one</u> paper bag per cell. All bags in excess should be confiscated including those received with commissary. In dormitories, there should be no paper bags allowed, as trash containers are already provided. All other personal items including shoes, commissary, correspondence,

books, and magazines must be required to be stored in the inmate's personal property bag.

2. Investigate non-flammable alternatives for delivering commissary items.

**82.** CCDOC shall ensure that fire safety officers are trained in fire safety and have knowledge in basic housekeeping, emergency preparedness, basic applicable codes, and use of fire extinguishers and other emergency equipment.

## March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE

### Status Update:

The Interagency Directive for Fire Safety, Fire Emergency, and Fire Evacuation, 64.5.30.0, was authorized effective August, 2011. The policy establishes that all CCDOC employees must receive training and become well-versed in the fire safety, emergency, and evacuation plans of the department and its divisions. This includes safety officers. (Note: In the divisions there are designated and trained "Safety/Sanitation Officers" that are equivalent to the term "fire safety officers" identified in the provision.) Further, the policy explains that "Communication among and between CCDOC, Cermak, and CCDFM employees is key in assuring a safe facility, and all shall work together to implement this directive."

The Interagency Directive requires the designation and training for all CCDOC divisional safety/sanitation officers for each division at least annually. The training must be provided by or with the approval of the Cook County Sheriff's Office Training Institute, through the CCDOC Safety Office and the Chicago Fire Department, and in accordance with a written course syllabus to be reviewed annually by the Fire Safety Committee.

The training of safety/sanitation officers is currently provided by the CCDOC designated Safety Administrator, using the video of one of the courses previously provided by the Chicago Fire Department. Following the training, safety officers are required to pass a written proficiency examination. CCDOC has also developed a "Fire Extinguisher Training" PowerPoint that is thorough tutorial on the types of extinguishers, operation, and firefighting rules.

### Monitor's Assessment:

Training of annual safety/sanitation officers is expected to start in March for 2016. Demonstration of their ability to effectively use a fire extinguisher is included in the regular fire drills conducted in each division each month.

As explained earlier in this report, the divisional orientation handbooks for divisional safety officers are now complete and issued. On future tours, I will continue to monitor safety officer knowledge by witnessing drills and questioning housing officers.

This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. Provide the Monitor with a current roster of safety officers from each division who are current in their training to assure that all shifts are covered.

2. The Safety Administrator needs to assure that all designated Safety Officers assigned within the divisions have received the annual training required in the Interagency Directive. Should a Safety Officer be transferred or leave CCDOC, the superintendent, prior to the transfer or leave shall provide the name of the replacement Safety Officer to the Safety Administrator.

3. Establish a process within each division that assures the superintendent that there is always a trained Safety Officer within their division on all shifts at all times.

**PROVISION: G. SANITATION AND ENVIRONMENTAL CONDITIONS**

**83.** Sanitation and Maintenance of Facilities

   **a.** DFM shall maintain an adequate written staffing plan and sufficient staffing levels to provide for   adequate maintenance of the Facility.

**6/22/15 Concluded by Order of Judge Kendall**

**83.** Sanitation and Maintenance of Facilities

   **b.** CCDOC shall revise and implement written housekeeping and sanitation plans to ensure the proper routine cleaning of housing, shower, and medical areas, in accordance with generally accepted correctional standards. Such policies should include oversight and supervision, including meaningful inspection processes and documentation, as well as establish routine cleaning requirements for toilets, showers, and housing units.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The CCDOC General Order 24.11.1.0, Divisional Sanitation Plan became effective in February, 2012 and was revised to CCDOC General Order 24.11.1.1, "Sanitation, Fire, Health, and Life Safety Plans and Reporting." This order is a companion order with General Order 24.9.9.0, Safety and Sanitation of Living Units which became effective December, 2011 and currently is under revision. Both Order revisions reflect improved practice and include specific sanitation schedules for all housing and common areas of the divisions and require documented housekeeping completion logs, inspection reports, deficiency plan for corrective action and requisition procedures for cleaning supplies.

Division designated sanitation officers for each division has are trained by the CCDOC Sanitarians on safe and effective cleaning and disinfecting procedures. In the General Order, Watch Commanders are responsible for reviewing the completed Daily Inspection Forms from each of the living units and submitting a weekly summary report. The Support Services Superintendent and Sanitarians receive and review the weekly summary of the sanitation log from each of the divisions. The divisional sanitation plans mandate that sanitation officers observe the cleaning and disinfection of cells, dayrooms, toilets and shower facilities. Since the divisional sanitation plans became effective, the Sanitarians continue to conduct unannounced inspections of living units within all divisions.

CCDOC has implemented an incentive for housing unit cleanliness and order by providing microwave ovens to those living units where the rules are being followed. This process establishes accountability from both inmates and officers to improve and maintain the level of cleanliness and order of the living units as well as common areas including classrooms, maintenance closets, and tunnels. Improvement in cleanliness in those housing units where microwaves have been provided is generally significant when compared to those units where they are not available.

Cermak Environmental Services has developed a written policy with input from CCDOC that establishes procedures for cleaning and disinfection of all areas for medical and mental health inmates and each of the division specific dispensaries. Its purpose as stated is to, "To ensure through collaborative departmental efforts of sanitation, prevention, maintenance, and education that all areas under Cermak Health Serv ices" (CHS) authority shall be maintained clean, disinfected, well organized, and in good repair." It establishes formal housekeeping procedures, schedule, and expectations for the building service workers responsible for completing the all cleaning and disinfection. It includes a weekly "monitoring" program conducted by building services supervisors to be submitted to the Environmental Services

Director. Environmental Services has provided training of the building service workers and supervisors.

**Monitor's Assessment:**

On this tour the Monitor assessed housing units in Divisions IV, VI, VIII, and X. The housing tiers in all Divisions visited were maintained clean with the exception of Division IV. There, the inmates had recently been relocated there from Divisions III and XVII, which were closed. A revisit completed the next day demonstrated significantly improved housekeeping and controlled commissary and personal items.

Inmates were maintaining personal property in their assigned bags. Trash bags are limited to one bag per person per cell. The shower areas in Division VIII were maintained very clean with no build-up of soap scum as found in previous visits. CCDOC purchased power washers which are used at least weekly to deep clean the shower walls and floors.

**Monitor's Recommendations:**

1. Continue to regularly monitor housekeeping in all housing areas.

**83.** Sanitation and Maintenance of Facilities

     c. DFM shall implement a preventive maintenance plan to respond to routine and emergency     maintenance needs, including ensuring that shower, toilet and sink units are adequately maintained and installed.

1. **6/22/15 Concluded by Order Judge**

**83.** Sanitation and Maintenance of Facilities

     **d.** CCDOC shall notify DFM, in a timely manner, of routine and emergency maintenance needs, including plumbing, lighting, and ventilation problems.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:** The DFM "Facility Wizard" work order tracking system interface has been operational at both CCDOC and Cermak since April, 2012. General Order 24.9.9.0 established an inspection protocol for sanitation and living unit officer to identify and initiate work order requests for DFM, as appropriate. The food service contractor has access to submit work order requests through Support Services. The CCDOC Sanitarians can also submit work order requests. The Sanitarians have also created a Power Point presentation for training living unit officers demonstrating what constitutes a needed plumbing, electrical and emergency issues.

As a result, work orders from CCDOC staff can provide work orders as soon as they identify issues. The use of the 24 hour hotline for emergency repairs assures that emergency maintenance repairs are forwarded to DFM quickly and typically respond to these within minutes.

**Monitor's Assessment:**

While visiting numerous housing units in several divisions, the Monitor noted that whenever a maintenance issue was identified, the commander or sanitation officer was able to document that a work order request had been submitted. Each division maintains a spreadsheet listing the outstanding work orders. The spreadsheet is updated at least weekly. Universally, housing officers and supervisors stated they are pleased with the timely response from DFM to complete repairs.

The provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**83.** Sanitation and Maintenance of Facilities

> **e.** DFM shall ensure adequate ventilation throughout the Facility to ensure that inmates receive an adequate supply of air flow and reasonable levels of heating and cooling. DFM staff shall review and assess compliance with this requirement on a daily basis for automated systems and on and annual basis for non-automated systems.

**6/22/15 Concluded by Order Judge Kendall**

**83.** Sanitation and Maintenance of Facilities

> **f.** CCDOC shall notify DFM of any visible obstructions to the ventilation system.

**March, 201 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

As discussed above, DFM staff clean and/or replace blocked or dirty vents based on CCDOC staff submitting work orders. When tier officers identify blocked vents, a work order is submitted to DFM through the work order system.

**Monitor's Assessment:**

On this tour the Monitor identified only one blocked vents and none that needed cleaning to assure adequate air flow. The Sanitation Plan requires living unit officers to identify and notify DFM should vents become blocked. Blocked vents are no longer an issue within any CCDOC division. This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**83.** Sanitation and Maintenance of Facilities

    **g.** Cook County shall ensure adequate lighting in all inmate housing and work areas.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

DFM maintains the responsibility for assuring adequate lighting throughout the CCDOC complex. In 2013 they completed a capital project to replace or retrofit all lighting and light fixtures with secure fixtures that would prevent inmate abuse and improve energy efficiency within the living units within all divisions. Lighting in housing and work areas is no longer an issue within all of CCDOC. Fixtures requiring the use of unprotected Incandescent bulbs are no longer used in inmate cells.

**Monitor's Assessment:**

There is no change from the previous report. According to CCDOC staff there has been very few issues with lighting. This provision continues to be in substantial compliance.

**Monitor's Recommendation:**

1. No further recommendations.

**83.** Sanitation and Maintenance of Facilities

    **h.** CCDOC shall ensure adequate pest control throughout the housing units, medical units, RCDC, RTU, and food storage areas. CCDOC shall maintain a contract for professional exterminator services for each division, food services areas, and the Cermak hospital. Services should provide for routine pest control spraying and additional spraying as needed.

March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE

**Status Update:**

CCDOC maintains a contract for pest control services for all facilities with the exception of Cermak. Cermak maintains a separate contract their facility. The contract requires the pest control technician be onsite 5.5 hours per day. They have provided CCDOC a map showing the location of all traps, and provide a comprehensive inspection and follow an "Integrated Pest Management" approach. The contractor is required to complete a floor drain cleaning procedure a minimum of twice per year to prevent insect eggs and larvae from developing, and provide a 24 hour response time for complaint response. They provide a quarterly trend report, tracking insect and rodent activity for all divisions, along with electronic reports of their inspections and any recommendations for improved sanitation and/or maintenance repairs.

CCDOC maintains a "pest control hotline" for officers to report any pest activity. Steps to prevent pest issues and infestations are reinforced at the training academy for all correction officers.

**Monitor's Assessment:**

CCDOC provided a copy of the fourth quarter Pest Identification summary including charts showing both interior and exterior catches. The most recent report noted rodents are being captured before they penetrate the structures. Specifically the number of exterior captures was nearly double the number of interior catches. Further there was a 50% reduction in interior rodent captures compared with the third quarter of 2015. The fourth quarter is the season of highest infiltrations just prior to winter.

There were no rodent captures within the Central Kitchen and only one in the Division XI kitchen. For the quarter there were 50 rodent catches including 27 exterior and 23 interior. 13 of the interior catches were in Division I, which is now closed. Insect activity for the quarter was sporadic and controlled with improved cleanliness and not allowing inmates to maintain food from meals within their cells or dormitories.

In summary, CCDOC Sanitarians provide a summary report to management and meet regularly with the contractor to modify their schedule and address hot spots. This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. Continue to provide pest control quarterly reports.

**83. Sanitation and Maintenance of Facilities**

i. CCDOC shall ensure that all inmates have access to needed hygiene supplies.

March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE

**Status Update:**

CCDOC implemented General Order 24.11.6 with an effective date of March, 2014. It requires that upon intake, employees shall issue inmate basic hygiene supplies including soap, toothpaste, toothbrushes, and as appropriate sanitary pads. Weekly, the sanitation officer makes rounds to each housing unit to replenish inmate supplies of tooth brushes, toothpaste, and toilet paper. Inmates needing additional supplies during the week only need to notify the housing unit officer on any shift. CCDOC maintain the logs, which will eventually be electronic so they can monitor excess hoarding of supplies. The logs demonstrate that the inmate received needed supplies.

**Monitor's Assessment:**

The Monitor observed the distribution for females in Division IV during the tour. CCDOC also provided copies of the logs that are being utilized. They demonstrate that inmate hygiene supplies are received by the inmates. On this tour I did not receive any complaints from inmates nor see any grievances about the lack of needed hygiene supplies. This provision is in substantial compliance.

**Monitor's Recommendations:**

1.                          No further recommendations.

**83.** Sanitation and Maintenance of Facilities

**j.** CCDOC shall develop and implement policies and procedures for cleaning, handling, storing, and disposing of biohazardous materials, in accordance with generally accepted correction standards. CCDOC shall ensure that any inmate or staff utilized to clean a biohazardous area are properly trained in universal precautions, are outfitted with protective materials, and receive proper supervision when cleaning a biohazardous area.

March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE

**Status Update:**

Biohazardous waste from Cermak's medical facility and the medical and/or dental clinics in the divisions is the responsibility of Cermak, not CCDOC. Biohazardous waste in Cermak is securely stored and placed in red bags for daily pick up by designated Cermak staff. Cermak maintains a contract for collection and final disposal of the waste.

For biohazardous waste from living units or laundry, each division maintains a supply of biohazardous spill kits within the security office and the sanitation supply rooms. They are replaced as needed through Support Services. CCDOC policy does not permit inmates to clean bio-hazardous spills. A new blood-borne Pathogen Decontamination General Order was issued in January, 2013. Support Services Sanitarian created a Power Point training presentation for biohazardous waste handling and cleanup that is now provided to all sanitation officers. There is a written syllabus for blood-borne Pathogen clean-up training. Cermak teaches the blood-borne pathogen training at the Academy and during in-service.

**Monitor's Assessment:**

On this tour, the Monitor observed the supply of spill kits in the sanitation room of Division VI. The kits include personal protective equipment (PPE) for response staff has well as clean-up supplies. The warehouse maintains a supplemental supply to replenish the divisional supplies. CCDOC staff has trained all sanitation officers on all shifts the safe response procedures.

**Monitor's Recommendations:**

1. No further recommendations.

**83.** Sanitation and Maintenance of Facilities

> **k.** DFM shall develop a policy on hazardous materials, in accordance with generally accepted correctional standards, and insure that all DFM staff is properly trained on the procedure.

**6/22/15 Concluded by Order of Judge Kendall**

**83.** Sanitation and Maintenance of Facilities

> **l.** CCDOC shall provide and ensure the use of cleaning chemicals that sufficiently destroy the pathogens and organisms in biohazard spills.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC dilutes concentrated chemicals following the chemical manufacturer's specifications from the central supply located in Division V and distributes them daily to the divisions as requested. By centrally controlling the dilution and following the chemical manufacturer's directions, the divisions only receive properly diluted cleaning and disinfecting chemicals needed for routine cleaning and sanitizing of floors, toilets, lavatories, showers, etc. and effective cleaning and sanitizing surfaces from biohazard spills.

The chemicals include a general purpose cleaner, a disinfectant, glass cleaner; stainless-steel cleaner, deodorizer, and bleach along with a supply of spray bottles and labels. Only the floor care team has access to chemicals used for floor care including floor stripper, floor wax, floor cleaner, and floor sanitizer Also available from the CCDOC warehouse are mop heads, mop sticks, vacuum, power washer brooms, dust pans and squeegees, along with buckets brushes, Tyvec suits, vinyl gloves, garbage bags and eyewash stations.

Training for inmates and CCDOC sanitation officers on the safe and effective use of cleaning is taught by the Sanitarians. Training is provided to those assigned the responsibility of cleaning cells, showers, toilet facilities, dayrooms, classrooms, tunnels, and all administrative areas. These are two-hour classes daily, for one week. Each person that takes the class and successfully passes a written test is presented with a certificate of completion.

"Sanitation kits" have been distributed to each operating living unit to be used for inmate mattress cleaning and daily cleaning done by inmates. The crates include one spray bottle of GP Cleaner, a spray bottle of disinfectant, two brushes (one for touch surfaces and one for toilets), four rags and an instruction card. Kits are now included in the count clearing process and the tier officer is responsible to assure inmates do not misuse the chemicals. The sanitation officer on the 11pm to 7am shift is responsible to collect and restock the kits.

**Monitor's Assessment:**

There has been no change since the previous report. This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**83.** Sanitation and Maintenance of Facilities

> **m.** CCDOC shall inspect and replace as often as needed all frayed and cracked mattresses. CCDOC shall destroy any mattress that cannot be sanitized sufficiently to kill any possible bacteria. CCDOC shall ensure that mattresses are properly sanitized between uses.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Mattresses are replaced as needed throughout the divisions when they become no longer cleanable or beyond repair. Each division maintains a small surplus of mattresses and more are available from Central Supply. If medically ordered, Inmates in Cermak may be provided pillows and pillowcases. Each division has a designated clothing and bedding storeroom and has established procedures to inspect, clean, disinfect, and repair or replace mattresses before they are provided to incoming inmates. Each room has separate areas for storage of clean and soiled mattresses. The mattress is removed from the cell when an inmate is moved or discharged and taken to the designated storeroom within the respective division for cleaning and disinfection using a general purpose cleaner and disinfectant. The mattress is allowed air-dry and returned to the cell or dormitory for use. Inmates are also permitted clean their mattress during scheduled daily cleaning utilizing the sanitation kits described above.

Hospital mattresses within Cermak are cleaned and disinfected within the cell or dormitory anytime an inmate is transferred or discharged. Cermak's sanitation policy, formally establishes the procedure for cleaning and disinfecting them.

**Monitor's Assessment:**

On this tour, all mattresses observed were well maintained with no tears or excessive wear. The Monitor did not receive any complaints from inmates regarding mattress issues. Staff reported the warehouse maintains an adequate supply of replacement mattresses.

**Monitor's Recommendations:**

1. No further recommendations.

**83.** Sanitation and Maintenance of Facilities

> **n.** CCDOC shall ensure adequate control and observation of all housing units, including distribution and collection of razors and cleaning supplies. All cleaning tools and

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC has established General Order 24.11.7.0, Inmate Razor Distribution Effective March, 2014. Razors used throughout CCDOC are color coded by division. The CCDOC Assistant Executive Director (AED) of Special Projects is responsible for maintaining inventory of inmate disposable razors and assigning designated staff to issue razors to each division. Each division Watch Commander is required to assure accuracy of the inventory and designate employees on each shift to verify the number of disposable razors on hand before distribution and upon their return form the inmates. Divisions are issued two biohazard waste containers with disposable plastic liners; one used to transport unused razors and one for collecting and returning used razors. The date and amount of razors are tracked in a "Disposable Razor Logbook" signed by the officer accepting the razors. Used razors are placed in the red biohazard container designated for "used" razors and returned to the AED for Special Projects office for safe disposal. No razors are maintained in the housing tiers or dormitories. All razors, used and unused, are audited daily to assure complete retrieval. If a discrepancy is identified, an incident report is generated. Razors are available for use by inmates on the 11pm to 7am shift Monday through Friday with the exception of holidays.

**Monitor's Assessment:**

The Monitor reviewed the missing detainee razor blades report for January and February, 2016. There were two incidents. Incident reports were completed for both. One involved self-harm by an inmate; the blade was collected. The other was the recovery of a missing blade. There were no reports of missing blades.

The provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**83.** Sanitation and Maintenance of Facilities

> **o.** CCDOC shall ensure that Facility Sanitarians receive training from a relevant state, national, or professional association with emphasis on assessment of environmental health practices and emerging environmental issues in correctional settings. Facility Sanitarians should also have training on and access to testing equipment to ensure

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC employs two full time Registered Sanitarians, who report to the Superintendent of Support Services. Both Sanitarians are active participants for all areas of the consent agreement involving environmental and safety issues including chemical control, sanitation, laundry, food service, and fire and life safety. They actively participate in the review and revision of General Orders for these areas, along with developing and providing specific training programs to correction and civilian staff, and inmates. CCDOC provides them with and they regularly use measuring and testing equipment to monitor sanitation, temperatures, etc. They continue to research specific environmental issues such as pest control trends, food service, laundry, sanitation, maintenance, biohazardous materials, etc. They conduct independent sanitation audits, both for corrections and Cermak which has resulted in modification and improvements to training programs, enhanced follow up work and objective counsel with both corrections and coordinating efforts with Department of Facilities Management.

They meet regularly with the contractor for food service, pest control, division superintendents, CCDOC management, Cermak, and DFM to assess and resolve issues. As part of their inspections, they regularly speak with both inmates and staff to identify issues that need resolution. They have an integral role in the implementation and monitoring of several CCDOC policies relative to sanitation and provide direction to the divisional sanitation officers. They have trained all divisional sanitation officers on correct cleaning procedures to assure continuing effective cleaning and sanitation. CCDOC is fortunate to have selected two Sanitarians who understand institutional environmental health, along with unique correctional issues and that are able to interpret and find solutions to protect the safety and health of both inmates and fellow employees.

**Monitor's Assessment:**

CCDOC continues to maintain two environmental health positions. One new Sanitarian was recently hired due to a resignation. They regularly monitor cleanliness in inmate housing, pest control, laundry, food service, fire safety issues, and work closely with Cermak Environmental Services on environmental issues there. They speak with inmates and correction officers helping them understand the public health reasons for specific policies and procedures, along with the impact of following them correctly. Their commitment and their technical and communication skills have added considerable value to solve sanitation and safety issues in the divisions. This provision remains in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**PROVISION: G. SANITATION AND ENVIRONMENTAL CONDITIONS**

**84.** Sanitary Laundry Procedures

**a.** CCDOC shall develop and implement policies and procedures for laundry procedures to protect inmates from risk of exposure to communicable disease, in accordance with generally accepted correctional standards. To limit the spread of communicable disease, CCDOC shall ensure that clothing and linens returned from off-site laundry facility are clean, sanitized, and dry.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC operates laundries in Division III, V, and Division IX. The Division V laundry is the main laundry for the complex. The Division III laundry handles the laundry for Division IV, while that laundry is undergoing renovation including equipment replacement. The Division IX laundry is used as a back-up in case of equipment breakdowns in Divisions III and V. The food service contractor operates a separate laundry to clean inmate worker uniforms and kitchen laundry. No laundry is taken off-site.

CCDOC authorized General Order 24.11.3.0 effective March 7, 2014. It establishes the responsibilities assigned to the Laundry Unit Watch Commander and outlines the necessary training requirements for employees and inmates assigned to the laundry units addressing safe sorting, washing, drying, and folding procedures and appropriate sanitation precautions necessary to be taken to assure that clean laundry is never cross-contaminated with soiled laundry. The Laundry Watch Commander, in turn, is responsible to train inmate workers on the procedure, sanitation, and the use of personal protective equipment (PPE).

The policy requires all inmates to exchange soiled clothing and linen and strictly prohibits inmates from washing and drying clothing or linen contrary to the provisions of the General Order. Laundry is collected from inmates twice each week on a posted schedule. Once cleaned, it is returned typically within the same shift from when it was collected. Living unit officers who observe clothing and linen being washed by inmates are expected to confiscate all such items and issue clean, dry clothing and linens and initiate an Inmate Disciplinary Report.

The Central laundry in Division V consists of five 150-lb Unimac washers and five 170-lb Unimac dryers. The Division III laundry consists of three Speed Queen 40 lb. washers and two 40 lb. dryers. The kitchen has one washer and one dryer.

Laundry chemicals used in all washers, including bleach, detergent and sour, are electronically dispensed. Laundry chemicals used are currently purchased from Ecolab. They include Ecostar Builder C detergent, Ecostar Destainer (Bleach), and Ecostar Sour (a pH adjusting chemical) to prevent skin irritation and fabric browning. Safety Data Sheets (SDSs) for all laundry chemicals are posted, maintained up-to-date and readily available. At all laundries bins used to transport clothing, linens, and blankets to and the divisions are cleaned and disinfected with Clorox disinfecting wipes before clean laundry is placed in them.

Weekly, CCDOC weekly tracks the amount of personal clothing sent to the laundry. The reports are provided at each Superintendent's accountability meeting each week. The laundry supervisor records the amount by weight of laundry received from each division including linens, uniforms, and personal laundry.

**Monitor's Assessment:**

The inmate personal laundry trend report from November, 2015 through February, 2016 continues to demonstrate increasing use in all divisions  CCDOC's inmate culture for many years has been that personal laundry is often misplaced, lost, and never returned or if returned it is wet, and late and sometimes missing clothing. The use of the laundry loops has helped reassure inmates.   The trend report shows inmates have more confidence in their personal clothing being returned clean, dry and on schedule. This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**84.** Sanitary Laundry Procedures

**b.** CCDOC shall ensure that inmates are provided adequate clean clothing, underclothing and bedding, consistent with generally accepted correctional standards, and that the laundry exchange schedule provides consistent distribution and pickup service to all housing areas

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC General Order 24.11.3.0 prohibits inmates from washing and drying clothing or linen other than through the CCDOC's laundries. It requires Living Unit Officers to confiscate clothing or linens being washed by inmates and issuance of clean, dry clothing and/or linen and issuance of an Inmate Disciplinary Report.

The policy and practice require uniform, and towel be exchanged twice each week, sheets once per week and blankets exchanged once per month. Personal clothing is collected twice per week from all housing units and is returned the same day on the shift from which it was collected. A laundry schedule is posted in each living unit, and each division is required to include in its weekly Summary Report specifically which living units did not receive linen exchange as required by the policy. All laundry is washed using electronically dispensed detergent. White clothing also is washed with bleach. All clothing, linens and blankets are thoroughly dried at a high temperature.

**Monitor's Assessment:**

There is no change from the previous report. I observed the posted laundry schedule in each housing unit of each division that I toured. The laundry operates on two shifts daily to assure timely return of clean laundry. CCDOC has created posters explaining why all clothing needs to be cleaned and disinfected through the laundry, developed videos for the inmate televisions, and have taken designated inmates to visit the laundry to see firsthand the laundry process.

**Monitor's Recommendations:**

1. Continue to monitor laundry usage for each division and report changes to management as necessary. Provide the Monitor with quarterly trend reports.

**84.** Sanitary Laundry Procedures

    **c.** CCDOC shall train staff and educate inmates regarding laundry sanitation policies.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Inmate laundry workers assigned to the laundry are trained as to their responsibilities by officers assigned to General Order 24.11.3.0. The Order states the training includes both classroom and hands-on instruction as to the responsibilities, acceptable laundry sanitation practices and the use of laundry equipment, chemicals and the use personal protective equipment (PPE).

**Monitor's Assessment:**

The Monitor did not tour the laundries on this visit. This provision continues to be substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**84.** Sanitary Laundry Procedures

> **d.** CCDOC shall ensure that laundry delivery procedures protect inmates from exposure to communicable diseases by preventing clean laundry from coming into contact with dirty laundry or contaminated surfaces.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Clean inmate laundry is returned to the division from which it came in bins that are sanitized with a disinfecting bleach wipe before clean clothing, uniforms, bedding etc. are placed in the carts. All carts are thoroughly wiped by laundry workers and allowed to air dry. There are designated areas within each laundry that separate dirty laundry bins from those that have been cleaned and sanitized. Designated tables in each laundry are only used to sort and fold clean laundry. The tables are cleaned and disinfected at the beginning and at the end of each shift.

**Monitor's Assessment:**

The Monitor did not tour the laundries on this visit. Staff reported there are no changes since the previous tour. The provision continues to be substantially compliant.

**Monitor's Recommendations:**

1. No further recommendations.

**84.** Sanitary Laundry Procedures

> **e.** CCDOC shall require inmates to provide all clothing and linens for laundering and prohibit inmates from washing and drying laundry outside the formal procedures.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

General Order 24.11.3.0 specifically prohibits inmates from washing and drying clothing, towels, or linen except through the designated CCDOC laundry. Further as discussed in Provision 84.a, living unit officers are required to confiscate any clothing or linen items being washed and replace them with clean dry clothing and/or linen. Inmate's uniform, personal clothing, linens and blankets are collected twice each week in each housing unit in every division as prominently posted in the unit.

  CCDOC provides laundry loops for inmate personal clothing and assists inmates in their correct use to help assure that their clothing will not get lost. Personal laundry is returned to the inmate typically on the same shift of the same day it was collected. CCDOC has also removed laundry soap from the commissary order form to preclude inmates from doing their own laundry... As discussed in 84.a, CCDOC continues to track by weight the amount of personal clothing submitted.

**Monitor's Assessment:**

Use of the CCDOC laundry system for uniforms, towels, linens, and blankets is for the most part universally accepted and practiced. A review of the laundry trend reports demonstrates that the inmate culture to not use the laundry is clearly changing. CCDOC has posted easy to understand posters, schedules, and shown videos on televisions. On this tour the Monitor observed very little personal clothing drying in cells or dayrooms. The provision continues to be substantially compliant

**Monitor's Recommendations:**

1. Continue to regularly monitor and track the use of the laundry and as discussed above include a discussion and expectations as regular agenda topic at Divisional Superintendent's accountability meetings.

**85.** Food Service

> **a.** CCDOC shall ensure that all food service at the Facility is operated in a safe and hygienic manner and that foods are served and maintained at safe temperatures.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CCDOC maintains a contract with CBM Premier Management to provide meals to all inmates. CBM utilizes the central kitchen for all food preparation. The Division XI kitchen is only utilized

for the hot meal for inmates housed there. Equipment and areas in both kitchens continues to be well maintained and clean. Two new steam cookers are installed at the main kitchen and should be operational in April.

CBM maintains responsibility for sanitation and maintenance of all equipment. They have two maintenance technicians who work on a schedule that allows for weekend coverage as needed. Area and equipment cleaning and sanitation are done by inmate workers who are trained and supervised by CBM employees. CCDOC officers assigned to the kitchen provide security.

Together CCDOC, and CBM have improved the process to assure that inmates receive the hot meals are received hot by significantly reducing the delivery time for transporting the food from the Central Kitchen to all divisions. CCDOC Sanitarians regularly monitor and record food temperatures at the time of delivery to compare it with recorded temperatures taken as the food is placed in trays in the kitchens. CCDOC Sanitarians, kitchen security officers and Support Services Superintendent meet weekly with CBM to review grievances and address both operational and logistic issues. A meeting summary is produced following each meeting. It includes a running list of outstanding issues including resolutions.

CBM regularly measures and records food temperatures as food is placed in trays and as it leaves the kitchen to the divisions. Division staff also record food temperatures at delivery to the inmates.

CCDOC Sanitarians conduct unannounced inspections of both food service kitchens to assure that meals prepared are safe and that kitchens operate in accordance with Illinois Food Code regulations. They also review the regulatory inspections of both kitchens completed by the City of Chicago Health Department and meet with CBM to assure any violations are corrected...

**Monitor's Assessment:**

CBM has and continues to work closely with CCDOC Support Services staff to identify and resolve issues related to food service. Following the last tour CCDOC and CBM did a thorough analysis of the transportation and delivery process to address numerous complaints about hot meals being served cold. The result was a 30 to 45 minute reduction in delivery time. During this tour I received no complaints about food temperature. The Monitor continues to suggest that CBM regularly receive feedback from inmates to improved processes.

CBM provide cold meals on reusable trays and eliminated Styrofoam trays which inmates would save and use to block air vents. Styrofoam trays are only used for segregation and court meals. Trays are collected following each meal service and returned to the kitchen for washing and sanitizing. Separate reusable compartment style trays are used for serving the hot meal.

CBM has developed and implemented documented employee and inmate worker training programs, an internal inspection program, temperature monitoring program, formal staffing plans for employees and detainee workers, weekly cleaning schedules, a number of Standard Operating Procedures (SOPs), security standard and procedures, inmate kitchen worker orientation checklist, health screening, emergency evacuation plan in compliance with the fire safety committee, and an emergency food service contingency plan.

On this tour both kitchens including storage rooms, refrigerators, freezers, loading docks were maintained clean and well organized. Inmates were appropriately supervised and working efficiently.

This provision continues to be in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations pertaining to the provision.

**85.** Food Service

> **b.** CCDOC shall ensure that all food service staff, including inmate staff, must be trained in food service operations, safe food handling procedures, and appropriate sanitation.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

All CBM management employees are Certified Food Safety Managers through the accredited Serv-Safe program and documentation is maintained showing that "Food Manager Certification" certificates that are current. CBM has established written job descriptions for all employee positions that include responsibilities and tasks. CBM provides orientation training to inmates daily. Inmates are required to sign an attendance sheet that is maintained by CBM management. A check list is used to assure inmates understand the food safety requirements pertaining to their assigned responsibilities. CCDOC Sanitarians developed an inmate training video that addresses health issues and personal hygiene that is shown to all potential inmate workers before they are assigned to work in the kitchens.

**Monitor's Assessment:**

There is no change since the previous report. The State of Illinois requires food service managers to successfully complete a "State" approved food manager certification program. Six CBM management employees are currently certified by the State of Illinois. Eleven CBM

employees have successfully completed the Serv-Safe Food Manager Certification. Certificates for those employees are posted in the employee break room.

This provision remains in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**85.** Food Service

    **c.** CCDOC shall ensure that the Central Kitchen and Division XI kitchen are staffed with a sufficient number of appropriately supervised and trained personnel.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

CBM maintains a staff of 57 full or part time employees with schedules to assure adequate coverage for all meals daily and including weekdays. They have a written food service staffing guide that outlines the starting and ending times for all employees. The kitchen operates two shifts, as cold meals are prepared in advance of their serving, and maintained refrigerated as necessary. Additionally they utilize approximately 230 detainees scheduled over three, six or eight hour shifts just in the central kitchen to work in a variety of food service operations including preparation, filling meal trays, cleaning, warewashing, etc. Division XI inmate workers from that Division are assigned to work in that Division's kitchen to prepare and tray the dinner hot meal. The contractor is responsible for training and supervising their employees and the inmate workers assigned to the kitchen.

CCDOC provides inmate workers as needed. They also provide security officers for safety supervision of inmates and for tool control and staff to transport and serve meals to the divisions. CCDOC provides the security training of kitchen staff.

**Monitor's Assessment:**

There is no change from the previous report. Support Services staff stated that CBM continues to maintain adequate number of qualified, trained and workforce at all times to assure timely preparation and service of meals to detainees. Regular weekly meetings between CCDOC Support Division including the staff sanitarians, security staff, CCDOC management and CBM leadership include discussions of adequate staffing as well as other issues. The provision remains in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**85.** Food Service

D. CCDOC shall ensure that dishes and utensils, food preparation and storage areas, and vehicles and containers used to transport food are appropriately cleaned and sanitized.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

Equipment, utensils, and food preparation areas including floors, walls, and facilities are maintained clean through shift and daily cleaning schedules established by CBM. They have created and implemented written cleaning procedures for all equipment in accordance with the equipment manufacturer's specifications and a cleaning checklist/log for both kitchens along with a daily and weekly cleaning schedule for each room and the equipment in the kitchens such as the meat/packing room, wet room, bakery/packing room, dock, dry storage areas. It identifies what is to be cleaned, the frequency for cleaning and who is responsible for the cleaning. CBM trains, uses, and supervises inmate workers to clean and sanitize all areas identified on the cleaning schedule. Once completed, the supervisor initials the log and the records are maintained and are available for the Sanitarians to review during their inspections. The trays used for all meals was washed and sanitized after each meal and the cleaned trays are stored on appropriately designed racks that allow water to drain and the trays to dry between uses. CCDOC has two operating warewashers that are capable of cleaning and sanitizing equipment and utensils.

**Monitor's Assessment:**

CBM continues to maintain all food service areas, equipment and utensils exceptionally clean. The kitchens are maintained as a model for institutional food service facilities. This includes walk-in refrigerators, freezers, dry storage areas, food preparation and assembly rooms, warewashing, carts used to transport food to the divisions, offices and laundry  Both inmate workers and employees understand the expectation for cleanliness and disinfection of surfaces. Management and supervisors expect and demand excellence from employees and inmate workers. Inmate workers are quickly replaced when they do not perform. CCDOC is in the process of replacing both warewashers due to age and frequent repairs issues.

This provision remains in substantial compliance.

**Monitor's Recommendations:**

1. No further recommendations.

**85.** Food Service

> **e.** CCDOC shall check and record, on a regular basis, the temperatures in the refrigerators, coolers, walk-in-refrigerators, the dishwasher water, and all other kitchen equipment with temperature monitors to ensure proper maintenance of food service equipment.

**March, 2016 COMPLIANCE STATUS: SUBSTANTIAL COMPLIANCE**

**Status Update:**

The temperature monitoring and recording program implemented by CBM and monitored regularly by CCDOC Sanitarians demonstrates that this provision remains in substantial compliance. CBM has implemented an appropriate monitoring program to measure, record, and maintains logs for all refrigerators, freezers, and warewasher equipment. Logs of the temperature measurements are not only reviewed by CBM management, but also provided to the CCDOC Sanitarians weekly. Any required maintenance deemed necessary as a result of monitoring is completed by trained CBM maintenance workers. CCDOC Support Services Sanitarians, as well as regulatory inspectors continue to do independent monitoring of temperatures during their routine during unannounced inspections of both kitchens.

**Monitor's Assessment:**

There is no change from the previous report. I again reviewed temperature logs for several refrigerators and freezers in the central kitchen during this tour. The monitoring logs were current, legible and reviewed by management.

This provision remains in substantial compliance.

**Monitor's Recommendations:**

1. **No further recommendations.**