## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

United States of America

                        Plaintiff,

v.                                              Case No.: 1:10–cv–02946
                                              Honorable Virginia M. Kendall

Cook County, Illinois, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, June 9, 2017:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 6/9/2017. Plaintiff's Unopposed Motion to dismiss Sheriff Dart [358] from the Consent Decree entered into in 2010 is granted. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.