IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> COOK COUNTY, ILLINOIS; ) <br> THOMAS DART, COOK COUNTY ) <br> SHERIFF (in his official capacity); ) <br> TODD H. STROGER, COOK COUNTY ) <br> BOARD PRESIDENT (in his official ) <br> capacity); ) <br> COOK COUNTY BOARD OF ) <br> COMMISSIONERS (in their official ) <br> capacity); ) <br> ) <br> DEFENDANTS. ) <br> _____) | Civil No. 10-C0-2946 <br><br> Judge Virginia M. Kendall |

## NOTICE OF FILING

TO: All Counsel of Record

    YOU ARE HEREBY NOTIFIED that on June 12, 2018, I caused to be filed with the Clerk of the United States District Court for the Northern District, Illinois, Eastern Division, the attached *Sixteenth Monitoring Report of Medical Care Monitor Esmaeil Porsa, MD, MBA, MPH, CCHP-P, CCHP-A*

    FOR THE UNITED STATES:

                              By:    *s/ Kerry Krentler Dean*
                                        KERRY KRENTLER DEAN
                                        U.S. Department of Justice
                                        Civil Rights Division
                                        Special Litigation Section
                                        950 Pennsylvania Avenue, NW
                                        PHB 5026
                                        Washington, D.C. 20530
                                        (202) 514-6255
                                        kerry.k.dean@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on June 12, 2018, I served a true and correct copy of this *Notice of Filing* with Clerk of the Court using the CM/ECF system, which will provide notification to all counsel of record.

    Respectfully submitted,

    *s/ Kerry Krentler Dean*
KERRY KRENTLER DEAN
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
PHB 5026
Washington, D.C. 20530
(202) 514-6255
kerry.k.dean@usdoj.gov
FOR THE UNITED STATES