UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

United States of America

                                  Plaintiff,

v.                                                  Case No.: 1:10–cv–02946
                                                          Honorable Virginia M. Kendall

Cook County, Illinois, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 26, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 6/26/2018. Parties' Joint Motion to Dismiss and Terminate Remaining Sections of the Agreed Order [375] is granted. Cook County has achieved the conditions required to terminate all of its responsibilities under the Agreed Order and Case is dismissed. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.